B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TTI INTERNATIONAL, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4011623** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1665 S. Waukegan Rd.**<br>**Waukegan, IL**<br>ZIP Code **60085** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**TTI International, Inc.**<br>**C/O Pittacora & Crotty, LLC**<br>**1928 W. Fulton, Suite 201**<br>**Chicago, IL**<br>ZIP Code **60612** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TTI INTERNATIONAL, INC.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____

      (Name of landlord that obtained judgment)

      _____

      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) | Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TTI INTERNATIONAL, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James R. Pittacora**
Signature of Attorney for Debtor(s)

**James R. Pittacora**
Printed Name of Attorney for Debtor(s)

**Pittacora & Crotty, LLC**
Firm Name

**1928 W. Fulton
Suite 201
Chicago, IL 60612**

_____
Address

**Email: tk@pittacoracrotty.com**
**(312) 506-2000 Fax: (312) 506-2005**
Telephone Number

**April  7, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Terry Burton**
Signature of Authorized Individual

**Terry Burton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April  7, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **TTI INTERNATIONAL, INC.**             ,     Case No. _____

                                  Debtor

Chapter           **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 10 | 2,063,319.34 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,330,324.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 8,482,095.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 2,063,319.34 | | |
| Total Liabilities | | | | 16,812,420.33 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **TTI INTERNATIONAL, INC.**              ,         Case No. _____

                                      Debtor

Chapter                  **7**         

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **TTI INTERNATIONAL, INC.**                                    ,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **TTI INTERNATIONAL, INC.**                                      ,   Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Associated Bank Operating Account 2153078700** | - | 13,340.36 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Dell Desktop - 17 valued at $700 each; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | - | 11,900.00 |
| | | **LCD Monitor - 7 valued at $500 each; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | - | 3,500.00 |
| | | **CRT Monitor - 10 valued at $300 each; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | - | 3,000.00 |
| | | **Network Switch - 1 valued at $3500; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | - | 3,500.00 |
| | | **Telephones - 13 valued at $200 each; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | - | 2,600.00 |
| | | **Projector -1 valued at $1000; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | - | 1,000.00 |
| | | **Laser Printers - 17 valued at $300 each; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | - | 5,100.00 |
| | | **Fax Machines - 2 valued at $400 each; located at 1665 S. Waukegan Road, Waukegan, IL, 60085** | | 800.00 |

Sub-Total >     44,740.36
(Total of this page)

__9__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                                              ,    Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Box Art Images located at 1665 S. Waukegan Road, Waukegan, IL** | - | 500.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **TTI Product Sold to , EME Solutions , PO BOX 152 , Getzville , NY , 14068** | - | 70,063.19 |
| | | **TTI Product Sold to , RCM Data , 16w115 83rd Street , Burr Ridge , IL , 60527-5824** | - | 1,214.71 |

Sub-Total >    71,777.90
(Total of this page)

Sheet __1__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.** _____,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TTI Product Sold to , Thorek Medical Center , 850 W. Irving Park Road , Chicago , IL , 60613 | - | 66.78 |
| | | TTI Product Sold to , Vance Baldwin , 7060  State Rd. 84  Suite 12 , Ft. Lauderdale , FL , 33317 | - | 5,867.00 |
| | | TTI Product Sold to , AJR International , 300 Regency Dr , Glendale Heights , IL , 60139 | - | 86.01 |
| | | TTI Product Sold to , Best Ribbon Corporation , 1151 S. Duke Street , Lancaster , PA , 17602 | - | 198.77 |
| | | TTI Product Sold to , Clear Print Inc , 330 Commercial St , Marseilles , IL , 61341 | - | 22,300.22 |
| | | TTI Product Sold to , Copy Technologies , 130 James Aldredge Blvd. , Atlanta , GA , 30336 | - | 194,217.22 |
| | | TTI Product Sold to , Katun Corp. , PO BOX 505 , Two Harbors , MN , 55606-0505 | - | 63,527.70 |
| | | TTI Product Sold to , Laserserv , 1804 Dabney Rd. , Richmond , VA , 23230 | - | 1,610.25 |
| | | TTI Product Sold to , Laser Xpress , 360 Yellowstone , Pocatello , ID , 83201 | - | 4,493.41 |
| | | TTI Product Sold to , Laserprint , 3038 McNaughton Drive , Columbia , SC , 29223 | - | 349.84 |
| | | TTI Product Sold to , PENDL , 170 N. Katch , Oconto , WI , 54153 | - | 26,533.60 |
| | | TTI Product Sold to , Peter DiChristofano , 7615 W Montrose Ave , Norridge , IL , 60706 | - | 107.22 |
| | | TTI Product Sold to , Xerographics , 5803 AN Venray , Netherlands , 0 , 0 | - | 3,159.95 |
| | | TTI Product Sold to , Toner Express, USA , 16000 TRADE ZONE AVE , UPPER MARLBORO , MD , 20774 | - | 14,150.55 |
| | | TTI Product Sold to , Toner Buys Inc. , 651 Via Alondra , Camarillo , CA , 93012 | - | 9,546.53 |
| | | TTI Product Sold to , Save On Toner.Com , 2289 CORNELL , Montgomery , IL , 60538 | - | 1,000.00 |

Sub-Total >   347,215.05
(Total of this page)

Sheet __2__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.** _____ ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TTI Product Sold to , Absolute Imaging , 850 West East Wood , Chicago , IL , 60640 | - | 158.05 |
| | | TTI Product Sold to , Burrell Enterprises , 5689 West Road , McKean , PA , 16426 | - | 239.62 |
| | | TTI Product Sold to , Ace Hardware Corp.vendor#65459 , 2200 Kensington , Oak Brook , IL , 60521 | - | 535.66 |
| | | TTI Product Sold to , Menu Inspirations , 2555 N. Elston , Chicago , IL , 60647 | - | 63.61 |
| | | TTI Product Sold to , Supply Saver , 1324 WYCKOFF RD , Neptune , NJ , 7753 | - | 354.00 |
| | | TTI Product Sold to , The Printer Source , 5 Eastern Steel Road , Milford , CT , 6460 | - | 958.79 |
| | | TTI Product Sold to , Nu-Deluxe , 111 Lexington Drive , Buffalo Grove , IL , 60089 | - | 5,241.00 |
| | | TTI Product Sold to , Andina Agency , 3754 W Fullerton Ave , Chicago , IL , 60647 | - | 79.31 |
| | | TTI Product Sold to , XSE Group , 975-A Middle St. , Middletown , CT , 6457 | - | 73.00 |
| | | TTI Product Sold to , Papagraphics , 5045 West Winemac , Chicago , IL , 60630 | - | 84.00 |
| | | TTI Product Sold to , Arlington Ind. , 1616 S. Lakeside Drive , Waukegan , IL , 60085 | - | 463,295.23 |
| | | TTI Product Sold to , OfficeMax Contract Inc , 800 Bryn Mawr , Itasca , IL , 60143 | - | 1,864.83 |
| | | TTI Product Sold to , Safina Office Products Inc , 9916 Brooklet Drive , Houston , TX , 77099 | - | 95.98 |
| | | TTI Product Sold to , LentkoProducts , 1082 LARKSPUR COURT , PINGREE GROVE , IL , 60140 | - | 3,900.55 |
| | | TTI Product Sold to , ABN AMRO , 540 West Madison , Chicago , IL , 60661 | - | 826.33 |
| | | TTI Product Sold to , OfficeMax , 1590 1st Ave , Ottawa , IL , 61350 | - | 2,867.08 |

Sub-Total >     480,637.04
(Total of this page)

Sheet __3__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.**                                            ,   Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TTI Product Sold to , Imprint Enterprise Inc. , 555 N. Commons Dr , Aurora , IL , 60504 | - | 1,794.50 |
| | | TTI Product Sold to , Mr.Heat Co. , 11735 North State Rd. , Demotte , IN , 46310 | - | 27.24 |
| | | TTI Product Sold to , Corporate Express Imaging , 1096 East Newport Center Dr. , Deerfield Beach , FL , 33442 | - | 5,009.26 |
| | | TTI Product Sold to , Ames Supply Company , 1936 University Lane , Lisle , IL , 60532 | - | 1,208.19 |
| | | TTI Product Sold to , PC-Enterprises , 138 Memorial Ave , West Springfield , MA , 1089 | - | 1,662.50 |
| | | TTI Product Sold to , Jay's Wholesale , 1550 Mannheim , Stone Park , IL , 60165 | - | 174.00 |
| | | TTI Product Sold to , Automation Aids(DO NOT USE) , 420 Babylon road , Horsham , PA , 19044 | - | 44.00 |
| | | TTI Product Sold to , Pompilio Trucking , 28662 West Northwest Hwy , Barrington , IL , 60010 | - | 33.69 |
| | | TTI Product Sold to , OfficeMax-MI , 750 W. Bryn Mawr , Itasca , IL , 60143 | - | 1,164.66 |
| | | TTI Product Sold to , Martek , 4270 Dow RD , Melbourne , FL , 32934 | - | 11,732.00 |
| | | TTI Product Sold to , Federal Office Products , 7921 Nieman Rd. , Lenexa , KS , 66214 | - | 5,278.50 |
| | | TTI Product Sold to , Muratec America, Inc. , 3301 E Plano , Plano , TX , 75074 | - | 1,731.64 |
| | | TTI Product Sold to , Recovery Solutions , 2648 Freeland Circle , Naperville , IL , 60564 | - | 1,073.00 |
| | | TTI Product Sold to , Royal Consumer Info Prods Inc , 379 Campus Dr , Somerset , NJ , 8875 | - | 4,452.00 |
| | | TTI Product Sold to , Bannister Business Products , PO Box 374 , Oceanville , NJ , 8231 | - | 1,353.00 |
| | | TTI Product Sold to , Crystal Infosystems , 25A Dubon Court , Farmingdale , NY , 11735 | - | 2,813.76 |

Sub-Total >      39,551.94
(Total of this page)

Sheet __4__ of __9__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.** _____ ,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TTI Product Sold to , Dynamic Printing , 3930 Old WM Penn Hwy , Pittsburgh , PA , 15235 | - | 204.36 |
| | | TTI Product Sold to , Rahway Business Machines Inc. , 98 Route #27/ Lincoln Hwy. , Rahway , NJ , 7065 | - | 7,869.32 |
| | | TTI Product Sold to , Innovative Commerce LLC , 1901 60th place E , Brandenton , FL , 34203 | - | 317.19 |
| | | TTI Product Sold to , ComSpec USA, LTD. , PO Box 333 , Gilberts , IL , 60136-0333 | - | 300.91 |
| | | TTI Product Sold to , Weeks, Lerman Group, LLC , 58-38 Page Place , Queens , NY , 11378-2288 | - | 7,341.00 |
| | | TTI Product Sold to , Second Chance Industries, Inc , 4658 Hiatus Rd , Sunrise , FL , 33351 | - | 2,075.48 |
| | | TTI Product Sold to , Fontana Associates , 332 West Grand Ave , Lake Zurich , IL , 60047 | - | 367.80 |
| | | TTI Product Sold to , HD Supplies , 15506 Earlport Circle , Dallas , TX , 75248 | - | 4,702.47 |
| | | TTI Product Sold to , Total Tek International Inc , 1200 NE 7th Ave , Ft. Lauderdale , FL , 33304 | - | 116,415.88 |
| | | TTI Product Sold to , Densigraphix Kopi Inc-USA , 6030 North Bailey , Amherst , NY , 14226 | - | 12,302.86 |
| | | TTI Product Sold to , AM Exclusive Business Mach , 79-63 77th Ave , Glendale , NY , 11385 | - | 223.85 |
| | | TTI Product Sold to , Varrod Companies , 8306 Mills Drive , Miami , FL , 33183-4838 | - | 57.71 |
| | | TTI Product Sold to , Waterboy Inc , 40 Marcus Blvd , Hauppauge , NY , 11788 | - | 480.36 |
| | | TTI Product Sold to , ITtelligence LLC , 1212 SOUTH BLVD , Naperville , IL , 60540 | - | 424.03 |
| | | TTI Product Sold to , Global Ink , 4124 W. 98th St , Oak Lawn , IL , 60453 | - | 4,593.75 |
| | | TTI Product Sold to , National Credit Group, Inc , 40 Marcus Blvd , Hauppauge , NY , 11788 | - | 326.59 |

Sub-Total >            158,003.56
(Total of this page)

Sheet  **5**  of  **9**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TTI Product Sold to , Spellman Enterprise , 1101 N. Market ST , Milwaukee , WI , 53202 | - | 11,362.19 |
| | | TTI Product Sold to , Mortgage Marketing Solutions , 2291 J & C Blvd , Naples , FL , 34109 | - | 1,955.89 |
| | | TTI Product Sold to , Tri-State Accounting , 5840 W. Irving Park Rd. , Chicago , IL , 60634 | - | 302.94 |
| | | TTI Product Sold to , New Century Imaging , 19527 Business Center Dr. , Northridge , CA , 91324 | - | 27,896.87 |
| | | TTI Product Sold to , Ink Station , 1212 Naperville Road , Naperville , IL , 60540 | - | 39.90 |
| | | TTI Product Sold to , AJF Wholesale , 1921 W. Fulton , Chicago , IL , 60612 | - | 240.00 |
| | | TTI Product Sold to , Sanofer Import & Marketing , 3 Ben Sira St. , Jerusalem , Israel , 94181 | - | 40.00 |
| | | TTI Product Sold to , AAA Super Deal , 17 west 9th Street , Brooklyn , NY , 11231 | - | 30.00 |
| | | TTI Product Sold to , Katun (EDC) , Edisonweg 44 , Gorinchem , 0 , 0 | - | 5,616.00 |
| | | TTI Product Sold to , Q-Line Products USA, Inc , 8306 Mills Drive , Miami , FL , 33183 | - | 913.83 |
| | | TTI Product Sold to , Lasertone Coproration , 1-02 26th Ave , Long Island , NY , 11102 | - | 161.86 |
| | | TTI Product Sold to , Corporate Express (WI) , WISCONSIN Attn: PO Box 33637 , NorthGlenn , CO , 80233 | - | 29.42 |
| | | TTI Product Sold to , Corporate Express (CO) , PO BOX 33637 , Northgleen , CO , 80233 | - | 344.21 |
| | | TTI Product Sold to , Proforma Divine Corp. Supply , 13901 Midway Rd , Dallas , TX , 75244 | - | 1,476.33 |
| | | TTI Product Sold to , ASC Supply, Inc , 22 Schiavone Dr , Ambler , PA , 19002 | - | 603.95 |
| | | TTI Product Sold to , Office Needs, Inc. , 298 Terminal Ave, P.O.Box 5804 , Clark , NJ , 7066 | - | 2,972.50 |

Sub-Total >    53,985.89
(Total of this page)

Sheet __6__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **TTI Product Sold to , Columbia Business Systems, Inc , PO Box 11539 , Kansas City , MO , 64133** | - | **512.96** |
| | | **HD Imaging, 205 W Monroe St Ste 200, Chicago, IL 60606-5062** | - | **120,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent No.  US 7,248,813 B2 Date: Jul. 24, 2007 System and a method for sealing a cartridge Inventory: Kevin E. Burton Assignee: T.T.I. International, Inc.**<br><br>**Appl. No. 11/017,365**<br><br>**Filed: Dec. 20, 2004** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          **120,512.96**
(Total of this page)

Sheet  __7__  of  __9__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Toyota Forklift (Leased) Location: 1665 S. Waukegan Rd., Waukegan IL | - | 16,000.00 |
| | | Toyota Stacker (leased) Location: 1665 S. Waukegan Rd., Waukegan IL | - | 38,000.00 |
| | | Racking (leased) Location: 1665 S. Waukegan Rd., Waukegan IL | - | 20,000.00 |
| | | White Chevy Van Location: 1665 S. Waukegan Rd., Waukegan IL | - | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 10 Desks located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 3,000.00 |
| | | General office supplies located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Printer test bed of 40 printers located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 14,000.00 |
| | | Misc. Tools, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 2,000.00 |
| | | 8 Black Holes, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 6,400.00 |
| | | Bailer, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 4,500.00 |
| | | Air Compressor, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 10,000.00 |
| | | 40 Work Benches, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 2,000.00 |

|  | Sub-Total > | 118,700.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __8__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Box Stitcher, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 400.00 |
| | | Skid Wrapper, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 20,000.00 |
| 30. Inventory. | | Empty Toner Cartridges, 66492 at $4.42 each, 1665 S. Waukegan Road, Waukegan, IL 60085 | - | 293,894.64 |
| | | Printer Chips, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 18,000.00 |
| | | Chemical Toner and drums, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 147,000.00 |
| | | Boxes and Packaging, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 10,000.00 |
| | | Finshed Toner Cartridges- 3400 @ $40 each, located at 1665 S. Waukegan Road, Waukegan, IL, 60085 | - | 136,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Retainer held by Pittacora & Crotty, LLC Located at: 9550 W. Bormet, Suite 205 Mokena, IL 60448 | - | 2,900.00 |

|  | Sub-Total > | 628,194.64 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 2,063,319.34 |

Sheet __9__ of __9__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **TTI INTERNATIONAL, INC.**                                 ,    Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Associated Bank CC** <br>**PO Box 19097** <br>**Green Bay, WI 54307** | - | | **Blanket Lien** <br><br><br> Value $      **0.00** | | | | 397,744.50 | 397,744.50 |
| Account No. <br><br>**Associated Bank N.A.** <br>**PO BOX 19097** <br>**Green Bay, WI 54307** | | | **Blanket Lien** <br><br>**Bank Fees** <br>**Loan Payments** <br>**Service Fees** <br><br> Value $      **0.00** | | | | 7,932,580.10 | 7,932,580.10 |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal <br>(Total of this page) | 8,330,324.60 | 8,330,324.60 |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | 8,330,324.60 | 8,330,324.60 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **TTI INTERNATIONAL, INC.**                                        ,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **TTI INTERNATIONAL, INC.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**3-Chem**<br>**P.O. Box 282**<br>**Lockport, IL 60441** | | - | | | **Factory Supplies** | | | | **2,877.53** |
| Account No.<br><br>**A.O.S Laser Service**<br>**498 S Tyler**<br>**Gladewater, TX 75647** | | - | | | **Empty Cartridges** | | | | **1,200.00** |
| Account No.<br><br>**Addison Search LLC**<br>**222 South Riverside Plaza**<br>**Chicago, IL 60606** | | - | | | **Temp Help** | | | | **7,616.00** |
| Account No.<br><br>**Alpine Business Systems**<br>**4467-C Park Drive**<br>**Norcross, GA 30092** | | - | | | **Factory Supplies** | | | | **1,176.08** |
| __24__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **12,869.61** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 S/N:34496-090310 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                              ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| **Ameri Gas - Gurnee** **Dept 0140** **Palatine, IL 60055-0140** | - | | | | | | 197.88 |
| Account No. | | | Credit Card Charge Back undelivered Product | | | | |
| **American Express Charge Backs** **BOX 0001** **LOS ANGELES, CA 90096-0001** | - | | | | | | 1,024,635.00 |
| Account No. | | | Empty Cartridges | | | | |
| **Anshin Technology Inc.** **2950 Metro Drive, Suite 116** **Bloomington, MN 55425** | - | | | | | | 4,561.50 |
| Account No. | | | Cafeteria - Supplies | | | | |
| **ARAMARK Refreshment Services** **1851 Howard St. Suite F** **Elk Grove Village, , 60007** | - | | | | | | 77.76 |
| Account No. | | | Insurance | | | | |
| **Athena Insurance Agency** **680 Lee Street** **Des Plaines, IL 60016** | - | | | | | | 8,658.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 1,038,130.14 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| **Atlas Companies** **5050 North River Road** **Schiller Park, IL 60176** | - | | | | | | **3,091.25** |
| Account No. | | | Product | | | | |
| **Baiksan OPC Inc** **12701 Van Nuys Blvd, Suite Q** **Pacoima, CA 91331** | - | | | | | | **22,792.85** |
| Account No. | | | Product paid by CC | | | | |
| **Bank Of America** **P.O. Box 15019** **Wilmington, DE 19886-5019** | - | | | | | | **5,000.00** |
| Account No. | | | Law Firm | | | | |
| **Barry Serota And Associates** **P. O . Box 1008** **Arlington Heights, IL 60006** | - | | | | | | **805.65** |
| Account No. | | | Empty Cartridges | | | | |
| **BBI Technologies** **58 Research Drive** **Milford, CT, 6460** | - | | | | | | **1,706.95** |

Sheet no. __2__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **33,396.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Health Care | | | | |
| BlueCross / BlueShield PO Box 1186 Chicago, IL 60690-1186 | | | | | | | | 18,739.94 |
| Account No. | | - | | Empty Cartridges | | | | |
| Blueprint ERE Pte. Ltd. 10 Anson Rd. #35-08 International Plaza Singapore, , 79903 | | | | | | | | 4,201.40 |
| Account No. | | - | | Investor | | | | |
| Brian Nooner 11646 Kluth Ct Mokena, IL 60448-8203 | | | | | | | | 2,500.00 |
| Account No. | | - | | Computer Supplies | | | | |
| CDW Direct, LLC PO Box 75723 Chicago, IL 60675-5723 | | | | | | | | 3,709.84 |
| Account No. | | - | | | | | | |
| Christopher Cronson 211 Washington Street Waukegan, IL 60085 | | | | | | | | 1,725.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    30,876.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.**                                    ,        Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Cimco Communications Inc. <br>1901 S. Meyers Raod <br>Oakbrook Terrace, IL 60181 | - | | Internet Services | | | | 9,450.08 |
| Account No. <br><br>CIT Technology <br>23896 NETWORK PLACE <br>CHICAGO, IL 60673-1238 | - | | Empty Cartridges | | | | 8,483.63 |
| Account No. <br><br>City of Chicago <br>P.O. Box 4956 <br>Chicago, IL 60680 | - | | Business License Fees | | | | 180.00 |
| Account No. <br><br>Clover Technology Group <br>4200 Columbus St. <br>Ottawa, IL 61350 | - | | Product | | | | 434,021.50 |
| Account No. <br><br>Clyde Wells <br>830 Red Mesa Drive <br>Colorado Springs, CO 80906 | - | | Empty Cartridges | | | | 3,010.95 |

Sheet no. __4__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          455,146.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.**                              ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | - | | | | | | 2,763.52 |
| Account No. | | | Packaging for Production | | | | |
| Commander Packaging Corp. 4278 Reliable Parkway Chicago, IL 60686 | - | | | | | | 213,106.02 |
| Account No. | | | Shipping | | | | |
| Cortez Customhouse Co 4950 W Dickman Rd Battle Creek, MI 49015 | - | | | | | | 400.00 |
| Account No. | | | Toner for Production | | | | |
| Cost Savers Inks 9094 Inglewood Rd. Prince George, BC, V2K 5H6 | - | | | | | | 1,050.00 |
| Account No. | | | Empty Cartridges | | | | |
| Curtis-Young Corporation 2704 Cindel Drive Cinnaminson, NJ 80776 | - | | | | | | 1,269.00 |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    218,588.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                            ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Investor | | | | |
| Dan Para Investments 1430 Branding Ave, Suite 155 Downers Grove, IL 60515 | | | | | | | | | 500,000.00 |
| Account No. | | - | | | Investment in Company | | | | |
| David Gester 3A Tregunter Path, MidLevels Hong Kong, SAR, , | | | | | | | | | 50,000.00 |
| Account No. | | - | | | Investment in Company | | | | |
| David Gibrick 811 S. Lytle #309 Chicago, IL 60607 | | | | | | | | | 50,000.00 |
| Account No. | | - | | | Toner for Production | | | | |
| Densigraphix, Inc. 6030 N BAILEY AVE AMHERST, NY 14226 | | | | | | | | | 40,917.55 |
| Account No. | | - | | | Shipping | | | | |
| Dex Logistics, Inc. P.O. Box 768 Elk Grove Village, IL 60009 | | | | | | | | | 3,925.00 |

Sheet no. __6__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **644,842.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.**                              ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shipping | | | | |
| DSV Air & Sea Inc. 2500 Brickbale Drive Elk Grove, IL 60007 | - | | | | | | | 9,565.98 |
| Account No. | | | | Accounting Firm | | | | |
| Dugan & Lopatka 104 Eas Roosevelt Road Wheaton, IL 60187 | - | | | | | | | 6,245.00 |
| Account No. | | | | Bought Product and Investment, HLOC | | | | |
| Edward Burton 820 Livingston Ln. Barrington, IL 60010 | - | | | | | | | 292,000.00 |
| Account No. | | | | Empty Cartridges | | | | |
| Emerald City Trading 105 Annandale St. Annandale 2038, Sydney, AUSTRALIA | - | | | | | | | 91,021.46 |
| Account No. | | | | Shipping | | | | |
| Federal Express P.O. Box 94515 Palatine, IL 60094-4515 | - | | | | | | | 399.29 |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      399,231.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **FedEx National LTL PO Box 95002 Lakeland, FL 33804** | - | | Shipping | | | | 1,676.82 |
| Account No.  **Forke's Office Supplies 225 E. King St. Kingsville, TX 78363** | - | | Office Supplies | | | | 13.15 |
| Account No.  **Fort Dearborn Life Insurance 2787 McFarland Rd Rockford, IL 61107** | - | | Insurance | | | | 3,374.79 |
| Account No.  **Frederick and Jennifer Hacker 13308 W. Cirecle Dr. Crestwood, IL 60445** | - | | Investment in Company | | | | 80,000.00 |
| Account No.  **GE CAPITAL PO BOX 740425 ATLANTA, GA 30374-0425** | - | | Leased Equipment for Production | | | | 4,154.52 |

Sheet no. __8___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 89,219.28

B6F (Official Form 6F) (12/07) - Cont.

In re **TTI INTERNATIONAL, INC.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GLOBALCOM INC.**<br>**P.O. Box 809123**<br>**Chicago, IL 60680-9123** | - | | **Phone** | | | | **5,630.21** |
| Account No.<br><br>**Greg Short**<br>**4060 Westwind Drive**<br>**Woodbridge, VA 22193** | - | | **Empty Cartridges** | | | | **291.90** |
| Account No.<br><br>**Harriet Fowler**<br>**517 Deerpath Court**<br>**Deerfield, IL 60015** | - | | **Empty Cartridges** | | | | **3,200.00** |
| Account No.<br><br>**Hinckley Springs Water Company**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579** | - | | **Cafeteria - Water** | | | | **32.95** |
| Account No.<br><br>**Hyram dvorin**<br>**7500 County Line Rd**□□□□<br>**Willowbrook, IL 60527** | - | | **Investment in Company** | | | | **100,000.00** |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**109,155.06**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **IMS** **5350 Commerce Blvd Suite C** **Rohnert Park, CA 94928** | - | | | | Misc Supplies | | | | 382.72 |
| Account No.  **Independent Recycling Services** **DEPT CH 17514** **Palatine, IL 60055-7514** | - | | | | Recycling | | | | 1,339.47 |
| Account No.  **Innovative Security Technology** **157 w. Irving Park Rd.** **Roselle, IL 60172** | - | | | | Security System | | | | 333.00 |
| Account No.  **ITC** **612 Heathrow Drive** **Lincolnshire, IL 60069** | - | | | | Settlement Payments | | | | 600,000.00 |
| Account No.  **Jacek Pytlik** **1116 S. New Wilke Rd Apt 307** **Arlington Heights, IL 60005** | - | | | | Employee Expenses Reimbursement | | | | 448.40 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**602,503.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.**                                    ,       Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan to Company Repayment | | | | |
| JC Holmes 121 N. 2nd St. Libertyville, IL 60048 | - | | | | | | | 5,000.00 |
| Account No. | | | | Shipping | | | | |
| K & L Freight Management Inc 2715 Norton Creek Drive West Chicago, IL 60185 | - | | | | | | | 6,486.00 |
| Account No. | | | | Cleaning Person | | | | |
| Katarzyna Ryba , | - | | | | | | | 325.00 |
| Account No. | | | | Investment in Company | | | | |
| Kenneth Daemicke 6125 Timber Ridge Court LA GRANGE, IL 60525 | - | | | | | | | 50,000.00 |
| Account No. | | | | Empty Cartridges | | | | |
| Laser Express 1010 Stewart St. Madison, WI 53713 | - | | | | | | | 1,895.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                63,706.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Production Parts | | | | |
| **Laser Tek Industries** **4909 W Route 12** **Richmond, IL 60071** | | - | | | | | |
| | | | | | | | **7,400.00** |
| Account No. | | | Leased Racking | | | | |
| **LEAF** **PO BOX 643172** **CINCINNATI, OH 45264-3172** | | - | | | | | |
| | | | | | | | **2,059.45** |
| Account No. | | | Direct Labor - Factory Workers | | | | |
| **LTN STAFFING** **909 BELVIDERE ROAD** **waukegan, IL 60085** | | - | | | | | |
| | | | | | | | **233,085.64** |
| Account No. | | | Packaging for Production | | | | |
| **Malow Corp.** **P.O. Box 201295** **Dallas, TX 75320-1295** | | - | | | | | |
| | | | | | | | **27,789.29** |
| Account No. | | | Investment in Company | | | | |
| **Margaret Sedlak** **PO Box 2526** **Waco, TX 76702** | | - | | | | | |
| | | | | | | | **125,000.00** |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**395,334.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.**                                         ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Temp Help | | | | |
| **Mark Ryan Associates 1375 E. Woodfield Road S 510 Schaumburg, IL 60173** | - | | | | | | 1,653.58 |
| Account No. | | | Employee Expenses Reimbursement | | | | |
| **Marta Pytlik 1116 S. New Wilke Rd Apt 307 Arlington Heights, IL 60005** | - | | | | | | 225.00 |
| Account No. | | | Tape for Production | | | | |
| **Master Tape Printers 4517 North Elston  Avenue Chicago, IL 60630** | - | | | | | | 175.00 |
| Account No. | | | Packaging for Production | | | | |
| **Melrose Mold & Maching Co. 10085 Pacific Ave. Franklin Park, IL 60131** | - | | | | | | 20.00 |
| Account No. | | | Investment in Company | | | | |
| **Michael Carroll 20014 White Pine ct. Mokena, IL 60448-1653** | - | | | | | | 150,000.00 |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    152,073.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment in Company | | | | |
| Michael Pauritsch 221 Meadowbrook Lane Hinsdale, IL 60521 | - | | | | | | | 50,000.00 |
| Account No. | | | | Investment in Company | | | | |
| Michael Sedlak 11331 Norwich Lane Orland Park, IL 60467 | - | | | | | | | 90,000.00 |
| Account No. | | | | Packaging for Production | | | | |
| Midland Paper 1140 Paysphere Circle Chicago, IL 60674-1140 | - | | | | | | | 195.60 |
| Account No. | | | | Shipping | | | | |
| Midwest Connection 3880 Grove Ave. Gurnee, IL 60031 | - | | | | | | | 8,498.00 |
| Account No. | | | | Credit Card Charge Back undelivered Product | | | | |
| Moneris Charge Backs PO Box 6010 Chicago, IL 21741 | - | | | | | | | 308,000.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **456,693.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Monster<br>PO Box 90364<br>Chicago, IL 60696-0364** | | - | Recruiting | | | | 1,150.00 |
| Account No.<br><br>**Mouser Electronics Inc<br>P. O. Box 99319<br>Fort Worth, TX 76199** | | - | Electrical Equipment | | | | 680.67 |
| Account No.<br><br>**Multiple Wireless Solutions<br>819 N. Milwaukee Avenue<br>Chicago, IL 60622** | | - | Internet / Computer Services | | | | 682.53 |
| Account No.<br><br>**Murnane Paper Company<br>Dept CH 19329<br>Palatine, IL 60055-9329** | | - | Packaging for Production | | | | 22,684.93 |
| Account No.<br><br>**National City<br>One North Franklin St.<br>Chicago, IL 60606** | | - | Credit Card Settlement Payment Plan | | | | 600,000.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

625,198.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.**                                   ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Northeastern Illinois Univ.**<br>**3701 W. Bryn Mawr Ave.**<br>**Chicago, IL 60625** | - | | **Empty Cartridges** | | | | 641.50 |
| Account No.<br><br>**Oasis Imaging Products, Inc.**<br>**C/O Kamenear Kadison Shapiro & Crai**<br>**20 North Clark Street, Suite 2200**<br>**Chicago, IL 60602** | - | | **Settlement Agreement** | | | | 111,725.82 |
| Account No.<br><br>**ON-HAND Adhesives, Inc.**<br>**P.O. Box 68**<br>**LAKE ZURICH, IL 60047-0068** | - | | **Production Parts** | | | | 246.65 |
| Account No.<br><br>**Optima Technologies**<br>**6041 Siesta Lane**<br>**Port Richey, FL 34668** | - | | **Production Parts** | | | | 2,036.00 |
| Account No.<br><br>**Packaging Corp. of America**<br>**9200 Old McGregor Road**<br>**Waco, TX 76712** | - | | **Packaging for Production** | | | | 5,796.84 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

120,446.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __TTI INTERNATIONAL, INC._____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Law Firm | | | | |
| **Patents + TMS**<br>**2849 W. Armitage**<br>**CHICAGO, IL 60647** | - | | | | | | 3,640.84 |
| Account No. | | | Online Fees | | | | |
| **PayPal**<br>**2211 North First Street**<br>**www.paypal.com**<br>**San Jose, CA 95131** | - | | | | | | 95.00 |
| Account No. | | | Rent | | | | |
| **PDC Properties, Inc**<br>**22784 Network Place**<br>**Chicago, IL 60673-1227** | - | | | | | | 19,894.22 |
| Account No. | | | Mail | | | | |
| **Pitney Bowes Inc**<br>**PO Box 856390**<br>**Louisville, KY 40285-6390** | - | | | | | | 181.20 |
| Account No. | | | Production Parts | | | | |
| **Plastic Tooling Corporation**<br>**125 Woodwinds Industrial Ct**<br>**Cary, NC 27511-6240** | - | | | | | | 2,844.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 26,655.26 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Direct Labor - Factory Workers | | | | |
| Premier Payroll 4700 w Diversey pkwy Chicago, IL 60639 | | - | | | | | 270,487.34 |
| Account No. | | | Empty Cartridges | | | | |
| Premier Recycling Solutions 1919 W. Fulton Street Chicago, IL 60612 | | - | | | | | 942,287.62 |
| Account No. | | | Shipping | | | | |
| Priority Solutions Interntl. 612 Supreme Drive Bensenville, IL 60106 | | - | | | | | 69,412.37 |
| Account No. | | | Production Parts | | | | |
| Purchase Power P.O. Box 856042 Louisville, KY 40285-6042 | | - | | | | | 690.59 |
| Account No. | | | Empty Cartridges | | | | |
| QUALITY MANUFACTURING PO Box 616 WINCHESTER, KY 40392 | | - | | | | | 2,886.00 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,285,763.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                                   ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| Redleaf Trading Co. 920 Leathorne Street, Unit 8 London, ON Canada, N5Z 3M5 | | - | | | | | 635.69 |
| Account No. | | | Empty Cartridges | | | | |
| Retech Technology Int'l Ltd Pinghu Street, Longgang Zone, Shenzhen City, CH 518048 | | - | | | | | 66,237.56 |
| Account No. | | | Shipping | | | | |
| Roadway Express, Inc. P.O. Box 93151 Chicago, IL 60673-3151 | | - | | | | | 704.51 |
| Account No. | | | Interest Payment | | | | |
| Robert R. Russow Trust 256 Banbury Ave Elk Grove Village, IL 60007-3416 | | - | | | | | 4,154.52 |
| Account No. | | | Investment in Company | | | | |
| Robert R. Russow Trust 256 Banbury Ave. Hinsdale, IL 60007-3416 | | - | | | | | 50,000.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **121,732.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment in Company | | | | |
| Roy Sedlak<br>10502 Crown Drive<br>Orland Park, IL 60467 | - | | | | | | 100,000.00 |
| Account No. | | | Office Supplies | | | | |
| Sani-Craft Co Inc<br>854 Fairway Drive<br>Bensenville, IL 60106 | - | | | | | | 2,215.76 |
| Account No. | | | Employee Expenses Reimbursement | | | | |
| Sarav Subramani<br>205 W Monroe<br>Chicago, IL 60606 | - | | | | | | 168.99 |
| Account No. | | | Maintance | | | | |
| Schopen Pest Solutions, Inc.<br>719 N. Green Street<br>McHenry, IL 60050 | - | | | | | | 1,000.00 |
| Account No. | | | Taxes / Fees | | | | |
| Secretary of State<br>Dept. of Business Services<br>Springfield, IL 62756 | - | | | | | | 5.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                   103,389.75
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TTI INTERNATIONAL, INC.**                                    ,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment in Company | | | | |
| Sheila Liberman 858 Forest Ave Evanston, IL 60202 | | - | | | | | 250,000.00 |
| Account No. | | | Investment in Company | | | | |
| Sheryl Dvorin 7500 County Line Rd□□□□ Willowbrook, IL 60527 | | - | | | | | 50,000.00 |
| Account No. | | | Packaging for Production | | | | |
| Smurfit Stone 6968 Industrial Ave. El Paso, TX 79915 | | - | | | | | 2,771.32 |
| Account No. | | | Phone | | | | |
| Sprint PO Box 660092 Dallas, TX 75266-0092 | | - | | | | | 379.20 |
| Account No. | | | Production Parts | | | | |
| Static Control Components, Inc P.O. Box 1070 Charlotte, NC 28201-1070 | | - | | | | | 856,780.39 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                       1,159,930.91
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **TTI INTERNATIONAL, INC.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Electrical Equipment | | | | |
| Sunrise Electric Supply Inc. 130 S Addison Road Addison, IL 60101-3865 | | - | | | | | | | 645.64 |
| Account No. | | | | | Recycling | | | | |
| Technology Recycling Group 5139 Kieley Place Cincinnati, OH 45217 | | - | | | | | | | 5,036.00 |
| Account No. | | | | | Insurance | | | | |
| The Hartford Company PO Box 2907 Hartford, CT 06104-2907 | | - | | | | | | | 53,879.48 |
| Account No. | | | | | Employee Benefits | | | | |
| The Pension Specialists 3923 East State St. Rockford, IL 61108-2003 | | - | | | | | | | 434.00 |
| Account No. | | | | | Investment in Company | | | | |
| Thomas Gibbons P.O. Box 2526 Waco, TX 76702 | | - | | | | | | | 50,000.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,995.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **TTI INTERNATIONAL, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Empty Cartridges | | | | |
| **Toner Buys** **651 Via Alondra** **Camarillo, CA 93012** | - | | | | | | 5,771.00 |
| Account No. | | | Empty Cartridges | | | | |
| **Two Tone LLC** **PO Box 5212** **De Pere, WI 54115** | - | | | | | | 1,979.76 |
| Account No. | | | Packaging for Production | | | | |
| **Uline** **2200 S. LAKESIDE DRIVE** **WAUKEGAN, IL 60085** | - | | | | | | 3,117.43 |
| Account No. | | | Shipping | | | | |
| **United Parcel Service** **1620 Valwood Parkway Suite 115** **Carrollton, , 75006** | - | | | | | | 62,103.73 |
| Account No. | | | Shipping | | | | |
| **UPS Freight Services #35821170** **28013 Network Place** **Chicago, IL 60673-1280** | - | | | | | | 21,628.44 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **94,600.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TTI INTERNATIONAL, INC.**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UPS International Package Service**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | - | | Shipping | | | | 1.05 |
| Account No.<br><br>**UPS Supply Chain Solutions,Inc**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | - | | Shipping | | | | 107,122.94 |
| Account No.<br><br>**USF Holland Inc.**<br>**P.O. Box 9021**<br>**Holland, MI 49422-9021** | - | | Shipping | | | | 1,674.75 |
| Account No.<br><br>**Waste Management IL - Metro**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** | - | | Garbage | | | | 3,286.72 |
| Account No.<br><br>**Xiclado**<br>**Keizersveld 4, 583 AN Venray**<br>**The Netherlands,** | - | | Empty Cartridges | | | | 20,530.63 |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 132,616.09 |
| Total<br>(Report on Summary of Schedules) | 8,482,095.73 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **TTI INTERNATIONAL, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Colliers B&K**<br>**1588B South Lakeside Drive**<br>**Waukegan, IL 60085** | **Property Lease** |
| **GE Capital**<br>**PO BOX 740425**<br>**Atlanta, GA 30374** | **Forklift and Stacker** |
| **LEAF**<br>**PO BOX 643172**<br>**Cincinnati, OH 45264-3172** | **Lease for Racking and Shelving used in operations of debtor's business.** |
| **PDC Properties Inc.**<br>**22784 Network Place**<br>**Chicago, IL 60673-1227** | **Property Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **TTI INTERNATIONAL, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Edward Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **Associated Bank N.A.**<br>**PO BOX 19097**<br>**Green Bay, WI 54307** |
| **Edward Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **GE Capital**<br>**PO BOX 740425**<br>**Atlanta, GA 30374** |
| **Edward Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **Moneris Charge Backs**<br>**PO Box 6010**<br>**Chicago, IL 21741** |
| **Edward Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **American Express Charge Backs**<br>**BOX 0001**<br>**LOS ANGELES, CA 90096-0001** |
| **Terry Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **Associated Bank N.A.**<br>**PO BOX 19097**<br>**Green Bay, WI 54307** |
| **Terry Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **GE Capital**<br>**PO BOX 740425**<br>**Atlanta, GA 30374** |
| **Terry Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **Moneris Charge Backs**<br>**PO Box 6010**<br>**Chicago, IL 21741** |
| **Terry Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **American Express Charge Backs**<br>**BOX 0001**<br>**LOS ANGELES, CA 90096-0001** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **TTI INTERNATIONAL, INC.**                            Case No. _____

                                                  Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_**42**\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 7, 2009**                            Signature    **/s/ Terry Burton**

                                                         **Terry Burton**
                                                         **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **TTI INTERNATIONAL, INC.**

Debtor(s)

Case No. _____

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$29,105,242.00** | **Operation of Business  2007 - 2008** |
| **$23,268,057.14** | **Operation of Business  2008 - 2009** |
| **$1,256,076.53** | **Operation of Business  2009 - YTD** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bartosz Bielecki**<br>**1357 S. Dalton Dr.**<br>**Round Lake, IL 60073** | **3/3/09** | **$588.00** | **$0.00** |
| **Radoslaw Bielecki**<br>**1357 S. Dalton Dr**<br>**Round Lake, IL 60073** | **3/4/2009** | **$880.00** | **$0.00** |
| **Erwin Bielecki**<br>**1357 S. Dalton Dr.**<br>**Round Lake, IL 60073** | **3/3/09** | **$880.00** | **$0.00** |
| **Edward Markowsi**<br>**5120 N. Mamora**<br>**Chicago, IL 60630** | **3/9/09** | **$704.00** | **$0.00** |
| **Andrzej Kloc**<br>**8147 Enger Ln Apt 2**<br>**River Grove, IL 60171** | **3/9/09** | **$704.00** | **$0.00** |
| **Miroslaw Brach**<br>**6505 Sunnyside Ave.**<br>**River Grove, IL 60171** | **3/5/09** | **$704.00** | **$0.00** |
| **Samuel Estrada**<br>**37296 N. Hampshire Lane**<br>**Lake Villa, IL 60046** | **2/2/09** | **$442.46** | **$0.00** |
| **Horizon Industrial**<br>**37296 N. Hampshire Lane**<br>**Lake Villa, IL 60046** | **2/2/09** | **$442.46** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Robert Kaminsky**<br>**657 Lincoln Ave.**<br>**Lake Bluff, IL 60044** | **12/22/08; 1/16/09; 1/20/09;**<br>**1/5/09; 12/60/08** | **$12,234.41** | **$0.00** |
| **Internal Revenue Service**<br>**P.O. Box 970011**<br>**St. Louis**<br>**Saint Louis, MO 63197** | **12/29/08; 12/24/08** | **$6,225.00** | **$0.00** |
| **Village of Bellwood**<br>**Dept 921**<br>**Carol Stream, IL 60132** | **12/17/08** | **$200.00** | **$0.00** |
| **National City**<br>**One North Franklin St.**<br>**Suite 2550**<br>**Chicago, IL 60606** | **12/29/09; 1/26/09** | **$50,000.00** | **$600,000.00** |
| **Express Premium Finance Co, LLC**<br>**P.O Box 18836**<br>**Oklahoma City, OK 73154-0836** | **12/15/08**<br>**1/21/09** | **$1,542.44** | **$0.00** |
| **Alpha One Software Services**<br>**650 Whitney Ct. Unit 305**<br>**Gurnee, IL 60031** | **1/5/09; 12/10/08; 12/17/08;**<br>**12/22/08; 1/7/09** | **$6,613.50** | **$0.00** |
| **Sarav Subramani**<br>**205 . Monroe**<br>**Chicago, IL 60606** | **1/21/09** | **$778.00** | **$168.99** |
| **McCormick Braun Friman, LLC**<br>**217 N. Jefferson St., First Floor**<br>**Chicago, IL 60661** | **12/17/08** | **$2,607.17** | **$0.00** |
| **Aramark Refreshment Services**<br>**1851 Howard St. Suite F**<br>**Elk Grove Village, IL 60007** | **2/23/09** | **$349.45** | **$77.76** |
| **Aeronet Worldwide**<br>**891 Route 83**<br>**Bensenville, IL 60106** | **1/14/09** | **$2,192.46** | **$0.00** |
| **Mark/Ryan Associates**<br>**1375 E. WoodField Road**<br>**Schaumburg, IL 60173** | **12/29/08; 12/10/08** | **$5,099.05** | **$1,653.58** |
| **YMCA Trailblazers** | **2/2/09** | **$1,000.00** | **$0.00** |
| **Innovative Security & Technology**<br>**157 W. Irving Park Road**<br>**Roselle, IL 60172** | **2/25/09** | **$423.00** | **$333.00** |
| **Dan Para Investments**<br>**1430 Branding Ave**<br>**Suite 155**<br>**Downers Grove, IL 60515** | **1/9/09; 2/11/09** | **$16,666.66** | **$500,000.00** |
| **Thomas Gibbons**<br>**P.O. Box 2526**<br>**Waco, TX 76702** | **12/9/08** | **$2,500.00** | **$50,000.00** |
| **David Gibrick**<br>**811 S. Lytle #309**<br>**Chicago, IL 60607** | **1/26/09** | **$2,500.00** | **$50,000.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **UPS International Package Service**<br>**28013 Network Place**<br>**Chicago, IL 60673** | **1/12/09; 1/26/09; 12/11/08;**<br>**12/22/08** | **$7,586.16** | **$1.05** |
| **David Gester**<br>**3A Tregunter Path**<br>**MidLevels**<br>**HONG KONG, SAR** | **12/24/08; 2/5/09** | **$5,000.00** | **$50,000.00** |
| **PDC Properties, Inc.**<br>**22784 Network Place**<br>**Chicago, IL 60673-1227** | **1/20/09; 2/20/09; 1/12/09** | **$59,682.66** | **$19,894.22** |
| **Bill Radcliffe**<br>**500 Columbia Ave**<br>**Pitman, NJ** | **12/24/08; 2/2/09** | **$13,000.00** | **$0.00** |
| **Kenneth Daemicke**<br>**6125 Timber Ridge Court**<br>**Plano, IL 60545** | **12/10/08** | **$2,500.00** | **$50,000.00** |
| **Leaf**<br>**PO Box 643172**<br>**Cincinnati, OH 45264-3172** | **1/18/09; 2/15/09** | **$2,059.45** | **$2,059.45** |
| **Packaging Corp of America**<br>**9200 Old McGregor Road**<br>**Woodway, TX 76712** | **1/23/09-1/29/09** | **$3,300.00** | **$5,796.84** |
| **The Hartford Company**<br>**PO Box 2907**<br>**Hartford, CT 06104-2907** | **12/16/08** | **$5,638.48** | **$53,879.48** |
| **IL Department of Revenue**<br>**Springfield, IL 62796-0001** | **2/23/09** | **$52.00** | **$0.00** |
| **MDH Search**<br>**55 West Deleware Ste 610**<br>**Chicago, IL 60610** | **12/30/08** | **$1,350.00** | **$0.00** |
| **LTN Staffing**<br>**909 Belvidere Road**<br>**Waukegan, IL 60085** | **1/12/09** | **$25,000.00** | **$233,085.64** |
| **Robert R. Russow Trust**<br>**256 Banbury Ave.**<br>**Elk Grove Village, IL 60007-3416** | **1/12/09** | **$2,500.00** | **$50,000.00** |
| **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374** | **1/8/09-1/14/09** | **$1,632.00** | **$4,154.52** |
| **Addison Search LLC**<br>**22 South Riverside Plaza**<br>**Chicago, IL 60606** | **1/22/09-1/15/09** | **$2,016.00** | **$7,616.00** |
| **K&W Imaging Inc.**<br>**1118 Coiner Ct.**<br>**Rowland Heights, CA 91748** | **12/10/08** | **$8,111.58** | **$0.00** |
| **Athena Insurance Agency**<br>**680 Lee Street**<br>**Des Plaines, IL 60016** | **12/15/08** | **$2,221.50** | **$8,658.00** |
| **Damen Express**<br>**1420 Thorndale Ave.**<br>**Elk Grove Village, IL 60007** | **2/5/09-12/10/08** | **$600.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| HD Imaging<br>205 W. Monroe<br>Chicago, IL 60606 | 1/14/09-1/2/09 | $67,214.64 | $0.00 |
| Mouser Electronics Inc.<br>PO Box 99319<br>Fort Worth, TX 76199 | 1/16/09 - 2/12/09 | $817.56 | $680.67 |
| Volvo Car Finance<br>PO Box 55000<br>Detroit, MI 48255 | 12/12/08-2/13/09 | $2,124.30 | $0.00 |
| Premier Recycling Solutions<br>1919 W. Fulton Street<br>Chicago, IL 60612 | 12/15/08-1/26/09 | $330,500.00 | $942,287.62 |
| Comed<br>Bill Payment Center<br>Chicago, IL 60668-0001 | 12/22/08-3/6/09 | $3,554.51 | $2,763.52 |
| Midwest Connection<br>3880 Grove Ave.<br>Gurnee, IL 60031 | 12/18/09-3/2/09 | $21,058.00 | $8,498.00 |
| Fort Dearborn Life Insurance<br>2787 McFarland Rd<br>Rockford, IL 61107 | 1/29/09 | $4,040.89 | $3,374.79 |
| Two Tone LLC<br>PO Box 5212<br>De Pere, WI 54115 | 1/22/09-1/26/09 | $400.00 | $1,979.76 |
| GS1 US. Inc.<br>PO Box 71-3034<br>Columbus, OH 43271-3034 | 1/7/09 | $475.00 | $0.00 |
| Frederick and Jennifer Hacker<br>13308 W. Cirecle Drive<br>Pkwy #108<br>Midlothian, IL 60445 | 12/12/2008 | $4,000.00 | $80,000.00 |
| Sheila Liberman<br>858 Forest Ave<br>Evanston, IL 60202 | 12/29/08 | $12,500.00 | $250,000.00 |
| ON-Hand Adhesives, Inc.<br>PO Box 68<br>Lake Zurich, IL 60047-0068 | 1/15/09 - 1/21/09 | $273.36 | $246.65 |
| Retech Technology<br>Shanghai | 12/22/08 - 12/26-08 | $144,068.71 | $0.00 |
| MIchael Carroll<br>20014 White Pine Ct.<br>Mokena, IL 60448 | 12/10/08 | $2,500.00 | $150,000.00 |
| Brian Nooner<br>11646 Kluth Ct<br>Monee, IL 60449-8203 | 1/13/09 | $2,500.00 | $2,500.00 |
| Dex Logistics, Inc.<br>PO Box 768<br>Elk Grove Village, IL 60009 | 1/29/09 | $200.00 | $3,925.00 |
| Smurfit Stone<br>6968 Industrial Ave.<br>El Paso, TX 79915 | 1/22/09 - 1/29/09 | $500.00 | $2,771.32 |

6

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **NICA BV**<br>**5404 LD Uden**<br>**Netherlands** | **12/15/08 - 1/9/09** | **$4,500.00** | **$0.00** |
| **T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | **2/12/09** | **$3,233.20** | **$0.00** |
| **GMAC Payment Processing Center**<br>**O BOx 9001051**<br>**Louisville, KY 40290** | **12/26/08** | **$719.65** | **$0.00** |
| **Aidlyn Ind. (A)**<br>**121 Second Street**<br>**Libertyville, IL 60048** | **12/9/08-12/10/08** | **$11,269.84** | **$0.00** |
| **Michael Billings**<br>**600 Jolene Drive**<br>**West Chester, PA 19382** | **12/26/08-3/9/09** | **$2,219.93** | **$0.00** |
| **Verizon Wireless**<br>**PO BOx 28000**<br>**Lehigh Valley, PA 18002** | **2/5/09** | **$554.24** | **$0.00** |
| **Hicks Property Managment**<br>**PO Box 3113**<br>**West Chester, PA 19381** | **12/17/08 - 2/11/09** | **$1,050.00** | **$0.00** |
| **Edward Burton** | **12/10/09-3/9/09** | **$104,350.70** | **$292,000.00** |
| **3 Chem**<br>**PO Box 282**<br>**Lockport, IL 60441** | **12/12/08** | **$652.89** | **$2,877.53** |
| **Murnane Paper Company**<br>**Dept Ch 19329**<br>**Palatine, IL 60055** | **2/5/09** | **$2,000.00** | **$22,684.93** |
| **Katarzyna Ryba** | **12/22/08-2/11/09** | **$1,475.00** | **$325.00** |
| **Pittacora & Crotty**<br>**9550 West Bormet**<br>**Suite 205**<br>**Mokena, IL 60448** | **1/23/09** | **$2,416.93** | **$0.00** |
| **Blueprint ERE pte. ltd.**<br>**Impex pte. Ltd**<br>**10 Anson Rd.**<br>**#35-08 International Plaza**<br>**Singapore** | **1/22/09** | **$500.00** | **$4,201.40** |
| **Gregg SHort**<br>**4060 Westwind Drive**<br>**Woodbridge, VA 22193** | **1/22/09-2/2/09** | **$700.00** | **$3,640.84** |
| **System & Services Technlogies**<br>**PO BOx 790079**<br>**Saint Louis, MO 63179-0079** | **12/10/08-2/11/09** | **$3,180.30** | **$0.00** |
| ***Coca-Cola Bottling Company**<br>**2335 Paysphere Cirlce**<br>**Chicago, IL 60674** | **12/12/08 - 2/19/09** | **$1,670.84** | **$0.00** |
| **Sheila Connelly** | **1/12/09 - 1/29/09** | **$10,000.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| UI Supplies, Inc.<br>95 Orville Dr.<br>Bohemia, NY 11716 | 12/23/08 - 1/26/09 | $12,203.15 | $0.00 |
| Michael Sedlak<br>11331 Norwhich Lane<br>Orland Park, IL 60467 | 1/12/09 | $3,750.00 | $90,000.00 |
| Roy Sedlak<br>10502 Crown Drive<br>Orland Park, IL 60467 | 1/15/09 | $3,750.00 | $100,000.00 |
| *Anshin Technology, Inc.<br>2950 Metro Drive<br>Suite 116<br>Minneapolis, MN 55425 | 12/9/08 - 2/3/09 | $665.53 | $4,561.50 |
| CIT Technology<br>23896 Network Place<br>Chicago, IL 60673 | 1/30/093 | $1,000.00 | $8,483.60 |
| Curtis Young Corporation<br>2704 Cindel Drive<br>Cinnaminson, NJ 80776 | 1/22/099 - 2/2/09 | $400.00 | $1,269.00 |
| DSV Air & Sea Inc.<br>2500 Brickbale Drive<br>Elk Grove Village, IL 60007 | 2/2/09 | $200.00 | $9,565.98 |
| UPS Freight Services #35821170<br>28013 Network Place<br>Chicago, IL 60673 | 12/11/09 - 1/28/09 | $4,897.20 | $21,628.44 |
| Quality Manufacturing<br>PO Box 616<br>Winchester, KY 40392 | 1/22/09 - 2/3/09 | $400.00 | $2,886.00 |
| Commander Packaging Corp.<br>4278 Reliable Parkway<br>Chicago, IL 60686 | 12/16/08 - 3/2/09 | $116,287.01 | $213,106.02 |
| Marta Pytlik | 12/17/09 - 2/3/09 | $2,702.24 | $225.00 |
| Clyde Wells<br>830 Red Mesa Drive<br>Colorado Springs, CO 80906 | 1/22/09 - 2/2/09 | $400.00 | $3,010.95 |
| Clover Technology Group<br>4200 Columbus St.<br>Ottawa, IL 61350 | 12/17/08 - 12/23/08 | $42,428.50 | $434,021.50 |
| Globalcom Inc.<br>PO Box 809123<br>Chicago, IL 60680 | 2/2/09 | $500.00 | $5,630.21 |
| REmaq<br>4241 Seate Leguas Rd<br>El Paso, TX 79922 | 12/15/08 | $13,068.75 | $0.00 |
| Terry Burton | 1/2/09 - 2/13/09 | $33,000.00 | $0.00 |
| Double D Express, Inc.<br>PO Box 606<br>Peru, IL 61354 | 1/29/09 | $285.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Emerald City Trading**<br>**Unit 18**<br>**105 Annandale St.**<br>**Annandale 2038**<br>**Sydney** | **12/10/08 - 1/5/09** | **$15,000.00** | **$106,021.46** |
| **BlueCross BlueShield**<br>**PO Box 1186**<br>**Chicago, IL 60690** | **12/16/08 - 1/22/09** | **$45,466.24** | **$18,739.94** |
| **Premier Payroll**<br>**4700 W. Diversey pkwy**<br>**Chicago, IL 60639** | **12/16/0 - 2/6/09** | **$167,934.58** | **$270,487.34** |
| **JC Holmes** | **12/11/08 - 2/9/09** | **$48,594.96** | **$5,000.00** |
| **Baiksan OPC Inc.**<br>**12701 Van Nuys Blvd**<br>**Suite Q**<br>**Pacoima, CA 91331** | **12/10/08** | **$20,847.50** | **$22,792.85** |
| **Federal Express**<br>**PO Box 94515**<br>**Palatine, IL 60094** | **1/16/09 - 1/21/09** | **$1,321.82** | **$399.29** |
| **Irma Esquivel** | **2/26/09** | **$496.00** | **$0.00** |
| **Cost Savers Inks**<br>**9094 Inglewood Rd**<br>**Prince George** | **1/22/09 - 2/2/09** | **$400.00** | **$1,050.00** |
| **Multi Laser**<br>**Wellesley Island**<br>**Alexandria Bay, NY 13607** | **12/10/09 - 1/23/09** | **$6,000.00** | **$0.00** |
| **FedEx National LTL**<br>**Lakeland, FL 33804** | **1/16/09 - 1/21/09** | **$5,609.48** | **$1,676.82** |
| **USF Holland Inc.**<br>**PO  Box 9021**<br>**Holland, MI 49422** | **12/15/08** | **$291.14** | **$1,674.75** |
| **United Parcel Service**<br>**NDA Lockbox UPS**<br>**1620 Valwood Parkway**<br>**Suite 115**<br>**Carrollton, TX 75006** | **12/18/08 - 3/2/09** | **$68,898.42** | **$62,103.73** |
| **State Farm Insurance**<br>**2702 Ireland Grove Rd.**<br>**Bloomington, IL 61709** | **12/26/08** | **$404.02** | **$0.00** |
| **Secretary of State**<br>**Department of Business Services**<br>**Room 330 Howlett Building**<br>**Springfield, IL 62756** | **12/17/08** | **$100.00** | **$5.00** |
| **Sani-Craft Co Inc**<br>**854 Fairway Drive**<br>**Bensenville, IL 60106** | **12/10/08-12/11/08** | **$543.81** | **$2,215.76** |
| **Plastic Tooling Corporation**<br>**125 Woodwinds Industrial Ct.**<br>**Cary, NC 27511** | **1/22/09** | **$200.00** | **$2,844.00** |

9

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Oasis Imaging Products, Inc.**<br>PO Box 847436<br>Boston, MA 02284 | **1/9/09** | **$40,289.61** | **$0.00** |
| **Sprint**<br>PO Box 660092<br>Dallas, TX 75266 | **12/11/08 - 2/28/09** | **$1,445.25** | **$379.20** |
| **MB Sales**<br>7701 Alabama Ave<br>Canoga Park, CA 91304 | **1/21/09** | **$10,081.00** | **$0.00** |
| **Laser Concepts**<br>Unit 9<br>136 East Santa Clara<br>Arcadia, CA 91006 | **1/14/09** | **$4,997.50** | **$0.00** |
| **International Toner Corp**<br>612 Heathrow Drive<br>Lincolnshire, IL 60069 | **12/10/08 - 1/20/09** | **$125,945.57** | **$600,000.00** |
| **Illinois Dept of Revenue**<br>PO Box 19468<br>Springfield, IL 62794 | **1/2/09** | **$2,500.00** | **$0.00** |
| **CDW Direct LLC**<br>PO Box 75723<br>Chicago, IL 60675 | **1/22/09** | **$200.00** | **$3,709.84** |
| **Carolina Ribbon**<br>902 Norwalk St<br>Greensboro, NC 27419 | **12/12/08** | **$1,137.93** | **$0.00** |
| **Braytech Inc.**<br>8725 Narragansett Ave.<br>Morton Grove, IL 60053 | **2/23/2009** | **$654.15** | **$0.00** |
| **Static Control Components, Inc.**<br>PO Box 1070<br>Charlotte, NC 28201 | **12/15/08 - 1/13/09** | **$192,899.95** | **$856,780.39** |
| **Uline**<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | **12/10/08 - 1/9/09** | **$9,558.90** | **$3,117.43** |
| **Pittacora & Crotty, LLC**<br>9550 W. Bormet Drive, Suite 205<br>Mokena, IL 60448 | **Jan 2009 (1,960.20), Feb 2009 (3,336), Mar 2009 (2,479.58)** | **$7,775.78** | **$85.00** |

None   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■        creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Emerald City Trading v. T.T.I International, Case No. 08 L 009281** | Civil | **Circuit Court of Cook County 50 W. Washington Chicago, IL 60602** | **Judgment** |
| **International Toner, Inc. v. T.T.I. Inc. , Case No. 05 L 140** | **Civil** | **Circuit Court of Lake County 18 N. County St. Waukegan, IL 60085** | **Settled** |
| **T.T.I. International Inc. v. Joel Aguilar, et al., Case No. 03 L 10074** | **Civil** | **Circuit Court of Cook County 50 W. Washington Chicago, IL 60602** | **Judgment** |
| **T.T.I. INTERNATIONAL, INC., et al., v. OFFICE AUTOMATION, Inc., et al., Case No. 07L9585** | **Civil** | **Circuit Court of Cook County 50 W. Washington Chicago, IL 60602** | **Settled** |
| **OASIS IMAGING PRODUCTS, INC., v. T.T.I. International, Inc. , Case No. 07 CV 1361** | **Civil** | **United States District Court ND IL 219 South Dearborn Street Chicago, IL 60604** | **Pending** |
| **TONERHEAD, INC., v. T.T.I International, Inc., Case No. 08 L 9476** | **Civil** | **Circuit Court of Cook County 50 W. Washington Chicago, IL 60602** | **Pending** |
| **Redeem Pic (UK) v. TTI International Case No. 06L-13355** | **Civil** | **Circuit Court of Cook County 50 W. Washington Chicago, IL 60602** | **Pending** |
| **Wall Street Group of Companies, Inc. v. Hd Imaging, Inc. dba TTI International Case No. FBN 0144190** | **Civil** | **County Court of the Seventeenth Judicial Circuit, Broward County Florida Clerk of the Courts 201 S.E. 6th Street Fort Lauderdale, FL 33301** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■  returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Pittacora & Crotty, LLC** **9550 W. Bormet, Suite 205** **Mokena, IL 60448** | **March 2009** | **$7500** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

12

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Park National Bank**<br>**801 n. Clark**<br>**Chicago, IL 60610** | **0938 $0.00** | **3/20/09** |

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4200 W. Diversey, Chicago, IL  60639** | **T.T.I International, Inc.** | |

13

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **TTI INTERNATIONAL, INC.** | **36-4011623** | **1665 S. Waukegan Rd. Waukegan, IL 60085** | **Manufacture and sale of printer cartridges.** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Andrea Ugland** **176 Annelise Ln.** **Fox Lake, IL 60020** | **September 2008 - Present** |
| **Brian Anderson** **800 S. Wells, Unit 1026** **Chicago, IL 60607** | **January 2009 - Present** |
| **Don Agee** **520 N. Halsted Unit 200** **Chicago, IL 60622** | **Sept 2008 - Dec 2009** |
| **Victoria Rowe** **27514 Forest Garden Rd.** **Wauconda, IL 60084** | **April 2008 - Jan 2009** |
| **Anthony Scala** **143 Tower Place** **Palatine, IL 60067** | **Aug 2005 - June 2008** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Dugan & Lopatka, CPAs, PC** | **104 E. Roosevelt Rd.**<br>**Wheaton, IL 60187** | **April 2008** |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Edward Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **Vice-President** | |
| **Terry Burton**<br>**820 Livingston Ln.**<br>**Barrington, IL 60010** | **President** | |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

16

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                             DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                             OR DESCRIPTION AND
                                                                                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                   TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **April  7, 2009**                    Signature  **/s/ Terry Burton**
                                                       **Terry Burton**
                                                       **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **TTI INTERNATIONAL, INC.**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 7,500.00 |
| Prior to the filing of this statement I have received | $ 7,500.00 |
| Balance Due | $ 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 7, 2009**

**/s/ James R. Pittacora**
**James R. Pittacora**
**Pittacora & Crotty, LLC**
**1928 W. Fulton**
**Suite 201**
**Chicago, IL 60612**
**(312) 506-2000   Fax: (312) 506-2005**
**tk@pittacoracrotty.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   __TTI INTERNATIONAL, INC._____   Case No. _____

                                                 Debtor(s)   Chapter   __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __128__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __April  7, 2009_____   __/s/ Terry Burton_____

                                           **Terry Burton**/President
                                           Signer/Title

3-Chem
P.O. Box 282
Lockport, IL 60441


A.O.S Laser Service
498 S Tyler
Gladewater, TX 75647


Addison Search LLC
222 South Riverside Plaza
Chicago, IL 60606


Alpine Business Systems
4467-C Park Drive
Norcross, GA 30092


Ameri Gas - Gurnee
Dept 0140
Palatine, IL 60055-0140


American Express Charge Backs
BOX 0001
LOS ANGELES, CA 90096-0001


Anshin Technology Inc.
2950 Metro Drive, Suite 116
Bloomington, MN 55425


ARAMARK Refreshment Services
1851 Howard St. Suite F
Elk Grove Village, , 60007


Associated Bank CC
PO Box 19097
Green Bay, WI 54307


Associated Bank N.A.
PO BOX 19097
Green Bay, WI 54307


Athena Insurance Agency
680 Lee Street
Des Plaines, IL 60016

Atlas Companies
5050 North River Road
Schiller Park, IL 60176


Baiksan OPC Inc
12701 Van Nuys Blvd, Suite Q
Pacoima, CA 91331


Bank Of America
P.O. Box 15019
Wilmington, DE 19886-5019


Barry Serota And Associates
P. O . Box 1008
Arlington Heights, IL 60006


BBI Technologies
58 Research Drive
Milford, CT, 6460


BlueCross / BlueShield
PO Box 1186
Chicago, IL 60690-1186


Blueprint ERE Pte. Ltd.
10 Anson Rd. #35-08 International Plaza
Singapore, , 79903


Brian Nooner
11646 Kluth Ct
Mokena, IL 60448-8203


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723


Christopher Cronson
211 Washington Street
Waukegan, IL 60085


Cimco Communications Inc.
1901 S. Meyers Raod
Oakbrook Terrace, IL 60181

CIT Technology
23896 NETWORK PLACE
CHICAGO, IL 60673-1238

City of Chicago
P.O. Box 4956
Chicago, IL 60680

Clover Technology Group
4200 Columbus St.
Ottawa, IL 61350

Clyde Wells
830 Red Mesa Drive
Colorado Springs, CO 80906

Colliers B&K
1588B South Lakeside Drive
Waukegan, IL 60085

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Commander Packaging Corp.
4278 Reliable Parkway
Chicago, IL 60686

Cortez Customhouse Co
4950 W Dickman Rd
Battle Creek, MI 49015

Cost Savers Inks
9094 Inglewood Rd.
Prince George, BC, V2K 5H6

Curtis-Young Corporation
2704 Cindel Drive
Cinnaminson, NJ 80776

Dan Para Investments
1430 Branding Ave, Suite 155
Downers Grove, IL 60515

David Gester
3A Tregunter Path, MidLevels
Hong Kong, SAR, ,


David Gibrick
811 S. Lytle #309
Chicago, IL 60607


Densigraphix, Inc.
6030 N BAILEY AVE
AMHERST, NY 14226


Dex Logistics, Inc.
P.O. Box 768
Elk Grove Village, IL 60009


DSV Air & Sea Inc.
2500 Brickbale Drive
Elk Grove, IL 60007


Dugan & Lopatka
104 Eas Roosevelt Road
Wheaton, IL 60187


Edward Burton
820 Livingston Ln.
Barrington, IL 60010


Emerald City Trading
105 Annandale St.
Annandale 2038, Sydney, AUSTRALIA


Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


FedEx National LTL
PO Box 95002
Lakeland, FL 33804


Forke's Office Supplies
225 E. King St.
Kingsville, TX 78363

Fort Dearborn Life Insurance
2787 McFarland Rd
Rockford, IL 61107


Frederick and Jennifer Hacker
13308 W. Cirecle Dr.
Crestwood, IL 60445


GE CAPITAL
PO BOX 740425
ATLANTA, GA 30374-0425


GLOBALCOM INC.
P.O. Box 809123
Chicago, IL 60680-9123


Greg Short
4060 Westwind Drive
Woodbridge, VA 22193


Harriet Fowler
517 Deerpath Court
Deerfield, IL 60015


Hinckley Springs Water Company
P.O. Box 660579
Dallas, TX 75266-0579


Hyram dvorin
7500 County Line Rd
Willowbrook, IL 60527


IMS
5350 Commerce Blvd Suite C
Rohnert Park, CA 94928


Independent Recycling Services
DEPT CH 17514
Palatine, IL 60055-7514


Innovative Security Technology
157 w. Irving Park Rd.
Roselle, IL 60172

ITC
612 Heathrow Drive
Lincolnshire, IL 60069


Jacek Pytlik
1116 S. New Wilke Rd Apt 307
Arlington Heights, IL 60005


JC Holmes
121 N. 2nd St.
Libertyville, IL 60048


K & L Freight Management Inc
2715 Norton Creek Drive
West Chicago, IL 60185


Katarzyna Ryba
,


Kenneth Daemicke
6125 Timber Ridge Court
LA GRANGE, IL 60525


Laser Express
1010 Stewart St.
Madison, WI 53713


Laser Tek Industries
4909 W Route 12
Richmond, IL 60071


LEAF
PO BOX 643172
CINCINNATI, OH 45264-3172


LTN STAFFING
909 BELVIDERE ROAD
waukegan, IL 60085


Malow Corp.
P.O. Box 201295
Dallas, TX 75320-1295

Margaret Sedlak
PO Box 2526
Waco, TX 76702


Mark Ryan Associates
1375 E. Woodfield Road
S 510
Schaumburg, IL 60173


Marta Pytlik
1116 S. New Wilke Rd Apt 307
Arlington Heights, IL 60005


Master Tape Printers
4517 North Elston  Avenue
Chicago, IL 60630


Melrose Mold & Maching Co.
10085 Pacific Ave.
Franklin Park, IL 60131


Michael Carroll
20014 White Pine ct.
Mokena, IL 60448-1653


Michael Pauritsch
221 Meadowbrook Lane
Hinsdale, IL 60521


Michael Sedlak
11331 Norwich Lane
Orland Park, IL 60467


Midland Paper
1140 Paysphere Circle
Chicago, IL 60674-1140


Midwest Connection
3880 Grove Ave.
Gurnee, IL 60031


Moneris Charge Backs
PO Box 6010
Chicago, IL 21741

```
Monster
PO Box 90364
Chicago, IL 60696-0364


Mouser Electronics Inc
P. O. Box 99319
Fort Worth, TX 76199


Multiple Wireless Solutions
819 N. Milwaukee Avenue
Chicago, IL 60622


Murnane Paper Company
Dept CH 19329
Palatine, IL 60055-9329


National City
One North Franklin St.
Chicago, IL 60606


Northeastern Illinois Univ.
3701 W. Bryn Mawr Ave.
Chicago, IL 60625


Oasis Imaging Products, Inc.
C/O Kamenear Kadison Shapiro & Crai
20 North Clark Street, Suite 2200
Chicago, IL 60602


ON-HAND Adhesives, Inc.
P.O. Box 68
LAKE ZURICH, IL 60047-0068


Optima Technologies
6041 Siesta Lane
Port Richey, FL 34668


Packaging Corp. of America
9200 Old McGregor Road
Waco, TX 76712


Patents + TMS
2849 W. Armitage
CHICAGO, IL 60647
```

PayPal
2211 North First Street
www.paypal.com
San Jose, CA 95131


PDC Properties Inc.
22784 Network Place
Chicago, IL 60673-1227


PDC Properties, Inc
22784 Network Place
Chicago, IL 60673-1227


Pitney Bowes Inc
PO Box 856390
Louisville, KY 40285-6390


Plastic Tooling Corporation
125 Woodwinds Industrial Ct
Cary, NC 27511-6240


Premier Payroll
4700 w Diversey pkwy
Chicago, IL 60639


Premier Recycling Solutions
1919 W. Fulton Street
Chicago, IL 60612


Priority Solutions Interntl.
612 Supreme Drive
Bensenville, IL 60106


Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


QUALITY MANUFACTURING
PO Box 616
WINCHESTER, KY 40392


Redleaf Trading Co.
920 Leathorne Street, Unit 8
London, ON Canada, N5Z 3M5

Retech Technology Int'l Ltd
Pinghu Street, Longgang Zone,
Shenzhen City, CH 518048


Roadway Express, Inc.
P.O. Box 93151
Chicago, IL 60673-3151


Robert R. Russow Trust
256 Banbury Ave
Elk Grove Village, IL 60007-3416


Roy Sedlak
10502 Crown Drive
Orland Park, IL 60467


Sani-Craft Co Inc
854 Fairway Drive
Bensenville, IL 60106


Sarav Subramani
205 W Monroe
Chicago, IL 60606


Schopen Pest Solutions, Inc.
719 N. Green Street
McHenry, IL 60050


Secretary of State
Dept. of Business Services
Springfield, IL 62756


Sheila Liberman
858 Forest Ave
Evanston, IL 60202


Sheryl Dvorin
7500 County Line Rd
Willowbrook, IL 60527


Smurfit Stone
6968 Industrial Ave.
El Paso, TX 79915

```
Sprint
PO Box 660092
Dallas, TX 75266-0092


Static Control Components, Inc
P.O. Box 1070
Charlotte, NC 28201-1070


Sunrise Electric Supply Inc.
130 S Addison Road
Addison, IL 60101-3865


Technology Recycling Group
5139 Kieley Place
Cincinnati, OH 45217


Terry Burton
820 Livingston Ln.
Barrington, IL 60010


The Hartford Company
PO Box 2907
Hartford, CT 06104-2907


The Pension Specialists
3923 East State St.
Rockford, IL 61108-2003


Thomas Gibbons
P.O. Box 2526
Waco, TX 76702


Toner Buys
651 Via Alondra
Camarillo, CA 93012


Two Tone LLC
PO Box 5212
De Pere, WI 54115


Uline
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085
```

United Parcel Service
1620 Valwood Parkway Suite 115
Carrollton, , 75006


UPS Freight Services #35821170
28013 Network Place
Chicago, IL 60673-1280


UPS International Package Service
28013 Network Place
Chicago, IL 60673-1280


UPS Supply Chain Solutions,Inc
28013 Network Place
Chicago, IL 60673-1280


USF Holland Inc.
P.O. Box 9021
Holland, MI 49422-9021


Waste Management IL - Metro
P.O. Box 4648
Carol Stream, IL 60197-4648


Xiclado
Keizersveld 4, 583 AN Venray
The Netherlands,

# United States Bankruptcy Court
## Northern District of Illinois

In re   **TTI INTERNATIONAL, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TTI INTERNATIONAL, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  7, 2009**

Date

**/s/ James R. Pittacora**

**James R. Pittacora**

Signature of Attorney or Litigant
Counsel for   **TTI INTERNATIONAL, INC.**
**Pittacora & Crotty, LLC**
**1928 W. Fulton**
**Suite 201**
**Chicago, IL 60612**
**(312) 506-2000 Fax:(312) 506-2005**
**tk@pittacoracrotty.com**