N THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-12280 |
| | ) | |
| TTI International, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KAREN L. MORGEN AND PBG FINANCIAL SERVICES LTD., ACCOUNTANTS FOR THE TRUSTEE

Karen L. Morgen and PBG Financial Services Ltd., accountants for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Karen L. Morgen and PBG Financial Services Ltd. an award of $8,272.00 as final compensation for 53.00 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 during the period May 9, 2011 through March 20, 2014.  In support of its application, Karen L. Morgen and PBG Financial Services Ltd., respectfully states as follows:

### BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS

On April 7, 2009, a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed by the Debtors ("Code").

### RETENTION OF PBG FINANCIAL SERVICES LTD.

1. On May 13, 2011 retroactively to May 9, 2011, this Court entered an Order granting the Trustee's Motion to Employ Karen L. Morgen and PBG Financial Services Ltd., as Accountants for the Estate. A copy of said Order is available on the Court's docket.

**ALL SERVICES PERFORMED BY KAREN L. MORGEN AND PBG FINANCIAL SERVICES LTD. WERE REASONABLE AND NECESSARY**

2. Pursuant to §330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Karen L. Morgen's services are compensable and the compensation requested is fair and reasonable. All the accounting services performed by PBG Financial Services Ltd., to date were authorized by this Court and were performed by PBG at the request or direction of the Trustee. There has been no duplication of services by Karen L. Morgen and PBG Financial Services Ltd., professionals for which compensation is requested herein.

3. An itemized and detailed description of the specific services rendered to the Trustee by Karen L. Morgen and PBG Financial Services Ltd., are reflected on the billing statement attached hereto as Exhibit A. The billing statement sets forth the initials of the professional and the amount of time spent rendering each service, the day on which such service was rendered and a description of the nature of the services rendered.

**NATURE OF SERVICES PERFORMED BY KAREN L. MORGEN AND**

**PBG FINANCIAL SERVICES LTD.**

Karen L. Morgen and PBG Financial Services Ltd., reviewed all the documents concerning the Debtor's transactions and the Trustees administration of the Bankruptcy Estate to prepare the required tax returns for Corporate Bankruptcies. In order to prepare the necessary tax returns the accountants in conjunction with the Trustee required the previous tax returns to determine beginning and ending balances and other necessary financial information to prepare the tax returns. Accountants to

the Trustee were required to file four years of tax returns from 2009 through 2012. The Estate collected funds and/or resolved litigation during those years and therefore returns were required.

In connection with the above services, Karen L. Morgen and PBG Financial Services Ltd., expended 53.00 hours, for which it seeks compensation in the total amount of $8,272.00 as final compensation for accounting services rendered and reimbursement of expenses in the amount of $0.00.  Set forth below is a chart which summarizes the time expended by each professional in this category:

| Professional | Time Spent | Hourly Rate | Total |
|---|---|---|---|
| M. Singer | 43.00 | $160.00 | $6,880.00 |
| C. Portera | 5.50 | $160.00 | $ 880.00 |
| K. Morgen | 2.50 | $160.00 | $ 400.00 |
| V. Stern | 2.00 | $ 56.00 | $ 112.00 |
| | | Total: | $8,272.00 |
| | | Expense: | $     0.00 |
| | | Total: | $8,272.00 |

## CONCLUSION

4. The rates charged by Karen L. Morgen and PBG Financial Services Ltd., in this fee application are its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

5. Karen L. Morgen and PBG Financial Services Ltd., has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by PBG for services rendered to the Trustee in this case.

6. More than 120 days has elapsed since the commencement of this case and PBG Financial Services Ltd., has not filed any prior applications for compensation or reimbursement of expenses. Accordingly, pursuant to §330 of the Code, PBG Financial Services Ltd., may represent this application for final compensation.

WHEREFORE, Karen L. Morgen and PBG Financial Services Ltd., requests the entry of an order:

A. Allowing and directing payment to PBG Financial Services Ltd., final compensation in the amount of $8,272.00 as final compensation for 53.00 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 for the actual, necessary and valuable professional services rendered to the Trustee during the period of May 9, 2011 through March 20, 2014.

B. For such other and further relief as this Court deems appropriate.

Respectfully submitted by
Ilene F. Goldstein

By: /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595