# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:     TTI INTERNATIONAL, INC.     §     Case No. 09-12280
                                       §
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN AS TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Room 710
    Chicago, IL 60604

        Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **04/17/2015 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: <u>01/23/2015</u>          By:    /s/ Ilene F. Goldstein
                                                Trustee

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: TTI INTERNATIONAL, INC. | § | Case No. 09-12280 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 272,297.86 |
| *and approved disbursements of* | $ 66,899.50 |
| *leaving a balance on hand of* [1] | $ 205,398.36 |
| **Balance on hand:** | $ 205,398.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | General Electric Capital Corp | 40,358.22 | 0.00 | 0.00 | 0.00 |
| 20S-2 | Illinois Department of Employment Security | 4,445.29 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 205,398.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 16,864.89 | 0.00 | 16,864.89 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 26,627.50 | 11,687.50 | 14,940.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 269.90 | 91.80 | 178.10 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 8,272.00 | 0.00 | 8,272.00 |
| Charges, U.S. Bankruptcy Court | 5,250.00 | 0.00 | 5,250.00 |
| Other Fees: Lane Hasler | 90,763.81 | 31,800.00 | 58,963.81 |
| Other Expenses: Lane Hasler | 1,847.79 | 670.08 | 1,177.71 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 105,646.51 |
| Remaining balance: | $ | 99,751.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 99,751.85 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,720.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17P | Illinois Department of Revenue | 22,274.99 | 0.00 | 22,274.99 |
| 20P-2 | Illinois Department of Employment Security | 4,445.29 | 0.00 | 4,445.29 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 26,720.28 |
| Remaining balance: | $ | 73,031.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,098,709.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Uline Shipping Supplies | 4,424.83 | 0.00 | 104.30 |
| 2 | Euler Hermes ACI | 28,483.72 | 0.00 | 671.33 |
| 4 | General Electric Capital Corp | 19,781.69 | 0.00 | 466.22 |
| 5 | Midwest Connection Express | 11,424.00 | 0.00 | 269.25 |
| 6 | CDW Corporation | 3,709.84 | 0.00 | 87.43 |
| 7 | CIT Technology Financing Services, Inc. | 2,652.33 | 0.00 | 62.51 |
| 8 | CIT Technology Financing Services, Inc. | 29,670.57 | 0.00 | 699.29 |
| 9 | Packaging Credit Company LLC | 5,769.84 | 0.00 | 135.99 |
| 10 | Premier Payroll Incorporated | 163,077.08 | 0.00 | 3,843.46 |

**UST Form 101-7-NFR (10/1/2010)**

| 12 | Clover Technologies Group | 505,564.06 | 0.00 | 11,915.32 |
|---|---|---|---|---|
| 14 | Sun Chemical Corporation | 41,913.14 | 0.00 | 987.82 |
| 15 | Hartford Fire Insurance Company | 13,200.42 | 0.00 | 311.11 |
| 17U | Illinois Department of Revenue | 1,265.00 | 0.00 | 29.81 |
| 18 | UNITED PARCEL SERVICE (UPS Freight) | 21,663.53 | 0.00 | 510.57 |
| 19 | FedEx Customer Information Services | 682.54 | 0.00 | 16.09 |
| 20U-2 | Illinois Department of Employment Security | 1,044.38 | 0.00 | 24.61 |
| 21 | Atlas Companies | 2,628.75 | 0.00 | 61.96 |
| 22 | Robert R. Russow Trust | 50,000.00 | 0.00 | 1,178.42 |
| 23 | Kenneth Daemicke | 52,500.00 | 0.00 | 1,237.34 |
| 24 | Michael Pauritsch | 50,000.00 | 0.00 | 1,178.42 |
| 25 | Mark Ryan Associates | 9,584.95 | 0.00 | 225.90 |
| 26 | Frederick and Jennifer Hacker | 80,000.00 | 0.00 | 1,885.47 |
| 27 | LTN STAFFING | 217,213.30 | 0.00 | 5,119.36 |
| 28 | Leaf Funding Inc. 033-8038574-001 | 32,946.63 | 0.00 | 776.50 |
| 29 | Waste Management | 4,060.67 | 0.00 | 95.70 |
| 30 | Multilaser Industrial LTDA. | 62,745.77 | 0.00 | 1,478.82 |
| 31 | Sheryl Dvorin | 150,000.00 | 0.00 | 3,535.26 |
| 32 | Sheila Liberman | 252,500.00 | 0.00 | 5,951.01 |
| 33 | Prudential Insurance Company of America | 286,416.00 | 0.00 | 6,750.36 |
| 34 -2 | Blue Cross Blue Shield of Illinois | 21,487.75 | 0.00 | 506.43 |
| 35 | Emerald City Trading PTY LTD | 95,404.26 | 0.00 | 2,248.52 |
| 37 | Michael Sedlak and Margaret Sedlak | 215,000.00 | 0.00 | 5,067.20 |
| 38 | PNC Bank NA | 661,894.89 | 0.00 | 15,599.79 |

Total to be paid for timely general unsecured claims: $ 73,031.57

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**