# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:   TTI INTERNATIONAL, INC.   §   Case No. 09-12280
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN AS TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **04/17/2015 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/23/2015          By:   /s/ Ilene F. Goldstein
                                       Trustee

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: TTI INTERNATIONAL, INC. § Case No. 09-12280
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 272,297.86 |
| *and approved disbursements of* | $ | 66,899.50 |
| *leaving a balance on hand of* [1] | $ | 205,398.36 |
| **Balance on hand:** | **$** | 205,398.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | General Electric Capital Corp | 40,358.22 | 0.00 | 0.00 | 0.00 |
| 20S-2 | Illinois Department of Employment Security | 4,445.29 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 205,398.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 16,864.89 | 0.00 | 16,864.89 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 26,627.50 | 11,687.50 | 14,940.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 269.90 | 91.80 | 178.10 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 8,272.00 | 0.00 | 8,272.00 |
| Charges, U.S. Bankruptcy Court | 5,250.00 | 0.00 | 5,250.00 |
| Other Fees: Lane Hasler | 90,763.81 | 31,800.00 | 58,963.81 |
| Other Expenses: Lane Hasler | 1,847.79 | 670.08 | 1,177.71 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administration expenses: | $ | 105,646.51 |
|---|---|---|---|
|  | Remaining balance: | $ | 99,751.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 99,751.85 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,720.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17P | Illinois Department of Revenue | 22,274.99 | 0.00 | 22,274.99 |
| 20P-2 | Illinois Department of Employment Security | 4,445.29 | 0.00 | 4,445.29 |

|  | Total to be paid for priority claims: | $ | 26,720.28 |
|---|---|---|---|
|  | Remaining balance: | $ | 73,031.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,098,709.94 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Uline Shipping Supplies | 4,424.83 | 0.00 | 104.30 |
| 2 | Euler Hermes ACI | 28,483.72 | 0.00 | 671.33 |
| 4 | General Electric Capital Corp | 19,781.69 | 0.00 | 466.22 |
| 5 | Midwest Connection Express | 11,424.00 | 0.00 | 269.25 |
| 6 | CDW Corporation | 3,709.84 | 0.00 | 87.43 |
| 7 | CIT Technology Financing Services, Inc. | 2,652.33 | 0.00 | 62.51 |
| 8 | CIT Technology Financing Services, Inc. | 29,670.57 | 0.00 | 699.29 |
| 9 | Packaging Credit Company LLC | 5,769.84 | 0.00 | 135.99 |
| 10 | Premier Payroll Incorporated | 163,077.08 | 0.00 | 3,843.46 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 13 | Clareon Technologies Group | 765,064.00 | | 1,919.39 |
| 14 | Sun Chemical Corporation | 41,913.14 | 0.00 | 987.82 |
| 15 | Hartford Fire Insurance Company | 13,200.42 | 0.00 | 311.11 |
| 17U | Illinois Department of Revenue | 1,265.00 | 0.00 | 29.81 |
| 18 | UNITED PARCEL SERVICE (UPS Freight) | 21,663.53 | 0.00 | 510.57 |
| 19 | FedEx Customer Information Services | 682.54 | 0.00 | 16.09 |
| 20U-2 | Illinois Department of Employment Security | 1,044.38 | 0.00 | 24.61 |
| 21 | Atlas Companies | 2,628.75 | 0.00 | 61.96 |
| 22 | Robert R. Russow Trust | 50,000.00 | 0.00 | 1,178.42 |
| 23 | Kenneth Daemicke | 52,500.00 | 0.00 | 1,237.34 |
| 24 | Michael Pauritsch | 50,000.00 | 0.00 | 1,178.42 |
| 25 | Mark Ryan Associates | 9,584.95 | 0.00 | 225.90 |
| 26 | Frederick and Jennifer Hacker | 80,000.00 | 0.00 | 1,885.47 |
| 27 | LTN STAFFING | 217,213.30 | 0.00 | 5,119.36 |
| 28 | Leaf Funding Inc. 033-8038574-001 | 32,946.63 | 0.00 | 776.50 |
| 29 | Waste Management | 4,060.67 | 0.00 | 95.70 |
| 30 | Multilaser Industrial LTDA. | 62,745.77 | 0.00 | 1,478.82 |
| 31 | Sheryl Dvorin | 150,000.00 | 0.00 | 3,535.26 |
| 32 | Sheila Liberman | 252,500.00 | 0.00 | 5,951.01 |
| 33 | Prudential Insurance Company of America | 286,416.00 | 0.00 | 6,750.36 |
| 34 -2 | Blue Cross Blue Shield of Illinois | 21,487.75 | 0.00 | 506.43 |
| 35 | Emerald City Trading PTY LTD | 95,404.26 | 0.00 | 2,248.52 |
| 37 | Michael Sedlak and Margaret Sedlak | 215,000.00 | 0.00 | 5,067.20 |
| 38 | PNC Bank NA | 661,894.89 | 0.00 | 15,599.79 |

Total to be paid for timely general unsecured claims:    $    73,031.57
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   **$**    0.00
Remaining balance:   **$**    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**    0.00
Remaining balance:   **$**    0.00


Prepared By:   /s/ILENE F. GOLDSTEIN


ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                        Case No. 09-12280-ABG
TTI INTERNATIONAL, INC.                                                       Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 4                   Date Rcvd: Mar 30, 2015
                               Form ID: pdf006              Total Noticed: 138


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2015.
db           +TTI INTERNATIONAL, INC.,    TTI International, Inc.,   C/O Pittacora & Crotty, LLC,
               1928 W. Fulton, Suite 201,    Chicago, IL 60612-2404
13754922     +3-Chem,    P.O. Box 282,    Lockport, IL 60441-0282
13754923     +A.O.S Laser Service,    498 S Tyler,    Gladewater, TX 75647-2659
13754929     +ARAMARK Refreshment Services,    1851 Howard St. Suite F,    Elk Grove Village, ,   60007-2480
13754925     +Alpine Business Systems,    4467-C Park Drive,    Norcross, GA 30093-2965
13754926      Ameri Gas - Gurnee,    Dept 0140,    Palatine, IL 60055-0140
13754927     +American Express Travel Related Services Co, Inc,    c/o Becket & Lee LLP,   Pob 3001,
               Malvern PA 19355-0701
13754928     +Anshin Technology Inc.,    2950 Metro Drive, Suite 116,    Bloomington, MN 55425-4502
13754930     +Associated Bank CC,    PO Box 19097,    Green Bay, WI 54307-9097
13754931     +Associated Bank N.A.,    PO BOX 19097,    Green Bay, WI 54307-9097
13754932    #+Athena Insurance Agency,    680 Lee Street,    Des Plaines, IL 60016-4584
13754935      Bank Of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
13754936     +Barry Serota And Associates,    P. O . Box 1008,    Arlington Heights, IL 60006-1008
17517346      Blue Cross Blue Shield of Illinois,    Michelle A Mendez,    Hunton & Williams LLP,
               144t Ross Avenue Suite 3700,    Dallas TX 75202
13754938      BlueCross / BlueShield,    PO Box 1186,    Chicago, IL 60690-1186
13754939      Blueprint ERE Pte. Ltd.,    10 Anson Rd. #35-08 International Plaza,   Singapore, ,   79903
13754940      Brian Nooner,    11646 Kluth Ct,    Mokena, IL 60448-8203
13997694     +CDW Corporation,    c/o RMS Bankruptcy Recovery Services,    Pob 5126,   Timonium MD 21094-5126
13754941     +CDW Direct, LLC,    PO Box 75723,    Chicago, IL 60675-5723
13754944      CIT Technology,    23896 NETWORK PLACE,    CHICAGO, IL 60673-1238
14087091     +CIT Technology Financing Services, Inc.,    175 S. Third St., Ste 900,   Columbus OH 43215-5166
13754942     +Christopher Cronson,    211 Washington Street,    Waukegan, IL 60085-5613
13754943     +Cimco Communications Inc.,    1901 S. Meyers Raod,    Oakbrook Terrace, IL 60181-5243
13754945    #+City of Chicago,    P.O. Box 4956,    Chicago, IL 60680-4956
14393069     +Clover Technologies Group,    c/o Arnold H. Landis, P.C.,    77 W. Washington St., Ste. 702,
               Chicago, IL 60602-3267
13754946     +Clover Technology Group,    4200 Columbus St.,    Ottawa, IL 61350-9538
13754947     +Clyde Wells,    830 Red Mesa Drive,    Colorado Springs, CO 80906-4526
13754948     +Colliers B&K,    1588B South Lakeside Drive,    Waukegan, IL 60085-8309
13754950     +Commander Packaging Corp.,    25777 S Cleveland Ave,    Monee, IL 60449-9077
13754951     +Cortez Customhouse Co,    4950 W Dickman Rd,    Battle Creek, MI 49037-7362
13754952      Cost Savers Inks,    9094 Inglewood Rd.,    Prince George, BC, V2K 5H6
13754953     +Curtis-Young Corporation,    2704 Cindel Drive,    Cinnaminson, NJ 08077-2031
13754959     +DSV Air & Sea Inc.,    2500 Brickbale Drive,    Elk Grove, IL 60007-6800
13754955      David Gester,    3A Tregunter Path, MidLevels,    Hong Kong, SAR,
13754956     +David Gibrick,    811 S. Lytle #309,    Chicago, IL 60607-4118
13754957     +Densigraphix, Inc.,    6030 N BAILEY AVE,    AMHERST, NY 14226-1000
13754958     +Dex Logistics, Inc.,    P.O. Box 768,    Elk Grove Village, IL 60009-0768
13754960      Dugan & Lopatka,    104 Eas Roosevelt Road,    Wheaton, IL 60187
13754962      Emerald City Trading,    105 Annandale St.,    Annandale 2038, Sydney, AUSTRALIA
17517533     +Emerald City Trading PTY LTD,    c/o Johnson Legal Group, LLC,   39 S. LaSalle Street, Suite 820,
               Chicago, Illinois 60603-1616
13845387     +Euler Hermes ACI,    Agent of Redeem Pic,    800 Red Brook Blvd,   Owings Mills MD 21117-5173
15478628     +FedEx Customer Information Services,     Assignee of FedEx Express/FedEx Ground,
               Attn: Revenue Recovery/Bankruptcy,    3965 Airways Blvd, Module G 3rd Floor,
               Memphis, TN 38116-5017
13754964     +FedEx National LTL,    PO Box 95002,    Lakeland, FL 33804-5002
13754963      Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
13754965     +Forke’s Office Supplies,    225 E. King St.,    Kingsville, TX 78363-5575
13754966     +Fort Dearborn Life Insurance,    2787 McFarland Rd,    Rockford, IL 61107-6815
13754967     +Frederick and Jennifer Hacker,    13308 W. Cirecle Dr.,    Crestwood, IL 60445-4449
13754969      GLOBALCOM INC.,    P.O. Box 809123,    Chicago, IL 60680-9123
13754970     +Greg Short,    4060 Westwind Drive,    Woodbridge, VA 22193-5168
13754971     +Harriet Fowler,    517 Deerpath Court,    Deerfield, IL 60015-4104
14488563      Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
               Hartford CT 06115
13754972      Hinckley Springs Water Company,    P.O. Box 660579,    Dallas, TX 75266-0579
13754973     +Hyram dvorin,    7500 County Line Rd,    Willowbrook, IL 60527-6955
13754974     +IMS,    5350 Commerce Blvd Suite C,    Rohnert Park, CA 94928-1600
13754977     +ITC,    612 Heathrow Drive,    Lincolnshire, IL 60069-4205
15495646     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14548157      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, IL 60664-0338
13754975      Independent Recycling Services,    DEPT CH 17514,    Palatine, IL 60055-7514
13754979     +JC Holmes,    121 N. 2nd St.,    Libertyville, IL 60048-2207
13754978     +Jacek Pytlik,    1116 S. New Wilke Rd Apt 307,    Arlington Heights, IL 60005-2908
13754982     +Kenneth Daemicke,    6125 Timber Ridge Court,    LA GRANGE, IL 60525-3759
13754985      LEAF,    PO BOX 643172,    CINCINNATI, OH 45264-3172
13754986     +LTN STAFFING,    14900 Landmark Blvd,    Dalls TX 75254-6783
13754983     +Laser Express,    1010 Stewart St.,    Madison, WI 53713-3259
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 4                   Date Rcvd: Mar 30, 2015
                              Form ID: pdf006              Total Noticed: 138

13754984       +Laser Tek Industries,    4909 W Route 12,    Richmond, IL 60071-9723
17412635       +Leaf Funding Inc.,    PO Box 644006,    Cincinnati, OH 45264-4006
13754987        Malow Corp.,    P.O. Box 201295,    Dallas, TX 75320-1295
13754988       +Margaret Sedlak,    PO Box 2526,    Waco, TX 76702-2526
13754989       +Mark Ryan Associates,    1450 American Ln. Ste 1925,    Schaumburg, IL 60173-5492
13754990       +Marta Pytlik,    1116 S. New Wilke Rd Apt 307,    Arlington Heights, IL 60005-2908
13754991       +Master Tape Printers,    4517 North Elston Avenue,    Chicago, IL 60630-4420
13754992       +Melrose Mold & Maching Co.,    10085 Pacific Ave.,    Franklin Park, IL 60131-1830
13754993        Michael Carroll,    20014 White Pine ct.,    Mokena, IL 60448-1653
13754994       +Michael Pauritsch,    221 Meadowbrook Lane,    Hinsdale, IL 60521-5085
13754995       +Michael Sedlak,    11331 Norwich Lane,    Orland Park, IL 60467-8642
13754996        Midland Paper,    1140 Paysphere Circle,    Chicago, IL 60674-1140
13754997       +Midwest Connection Express,    c/o Rick Morasito,    1840 Industrial Dr., Ste 320,
                 Libertyville IL 60048-9412
13754998       +Moneris Charge Backs,    PO Box 6010,    Chicago, IL 60680-6010
13754999        Monster,    PO Box 90364,    Chicago, IL 60696-0364
13755000       +Mouser Electronics Inc,    P. O. Box 99319,    Fort Worth, TX 76199-0319
17450958       +Multilaser Industrial LTDA.,    Coface North AMerica Insurance Company,
                 50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ 08520-1415
13755001       +Multiple Wireless Solutions,    819 N. Milwaukee Avenue,    Chicago, IL 60642-3983
13755002        Murnane Paper Company,    Dept CH 19329,    Palatine, IL 60055-9329
13755003       +National City,    One North Franklin St.,    Chicago, IL 60606-3425
14362593       +North Shore Community Bank & Trust Co,    Patzik, Frank & Samotny Ltd,
                 150 S Wacker Dr., Ste 1500,    Chicago IL 60606-4201
13755004        Northeastern Illinois Univ.,    3701 W. Bryn Mawr Ave.,    Chicago, IL 60625
13755006        ON-HAND Adhesives, Inc.,    P.O. Box 68,    LAKE ZURICH, IL 60047-0068
13755005       +Oasis Imaging Products, Inc.,    C/O Kamenear Kadison Shapiro & Crai,
                 20 North Clark Street, Suite 2200,    Chicago, IL 60602-5113
13755007       +Optima Technologies,    6041 Siesta Lane,    Port Richey, FL 34668-6754
13755011        PDC Properties Inc.,    22784 Network Place,    Chicago, IL 60673-1227
17658155       +PNC Bank NA,    Francis J Pendergrast, III,    c/o Crowley & Lamb, PC,
                 350 N LaSalle St, Ste 900,    Chicago, IL 60654-5136
13755008       +Packaging Corp. of America,    9200 Old McGregor Road,    Waco, TX 76712-6438
13755009       +Patents + TMS,    2849 W. Armitage,    CHICAGO, IL 60647-9762
13755014        Plastic Tooling Corporation,    125 Woodwinds Industrial Ct,    Cary, NC 27511-6240
13755015       +Premier Payroll,    4700 w Diversey pkwy,    Chicago, IL 60639-1831
14099946       +Premier Payroll Incorporated,    John Ross,    666 Dundee Rd., Ste 103,
                 Northbrook, IL 60062-2744
13755016       +Premier Recycling Solutions,    1919 W. Fulton Street,    Chicago, IL 60612-2403
13755017       +Priority Solutions Interntl.,    612 Supreme Drive,    Bensenville, IL 60106-1158
13873553       +Prudential Insurance Company of America,    John Chen & Gerald B Lurie,
                 Chen Nelson Roberts Ltd,    203 N LaSalle St. 15th Floor,    Chicago IL 60601-1228
13755019       +QUALITY MANUFACTURING,    PO Box 616,    WINCHESTER, KY 40392-0616
13755020        Redleaf Trading Co.,    920 Leathorne Street, Unit 8,    London, ON Canada, N5Z 3M5
13755022        Roadway Express, Inc.,    P.O. Box 93151,    Chicago, IL 60673-3151
13755023        Robert R. Russow Trust,    256 Banbury Ave,    Elk Grove Village, IL 60007-3416
13755024       +Roy Sedlak,    10502 Crown Drive,    Orland Park, IL 60467-8582
13755025       +Sani-Craft Co Inc,    854 Fairway Drive,    Bensenville, IL 60106-1313
13755026       +Sarav Subramani,    205 W Monroe,    Chicago, IL 60606-5013
13755027       +Schopen Pest Solutions, Inc.,    719 N. Green Street,    McHenry, IL 60050-5582
13755028       +Secretary of State,    Dept. of Business Services,    Springfield, IL 62756-0001
17504765       +Sheila Liberman,    858 Forest Ave,    Evanston, IL 60202-2402
13755029       +Sheila Liberman,    Sheryl Dvorin,    858 Forest Ave,    Evanston, IL 60202-2402
13755030       +Sheryl Dvorin,    7500 County Line Rd,    Willowbrook, IL 60527-6955
13755031       +Smurfit Stone,    6968 Industrial Ave.,    El Paso, TX 79915-1108
13755033        Static Control Components, Inc.,    P.O. Box 1070,    Charlotte, NC 28201-1070
14473770       +Sun Chemical Corporation,    5000 Spring Grove Ave,    Cincinnati, OH 45232-1926
13755034        Sunrise Electric Supply Inc.,    130 S Addison Road,    Addison, IL 60101-3865
13755035       +Technology Recycling Group,    5139 Kieley Place,    Cincinnati, OH 45217-1147
13755038        The Pension Specialists,    3923 East State St.,    Rockford, IL 61108-2003
13755039       +Thomas Gibbons,    P.O. Box 2526,    Waco, TX 76702-2526
13755040       +Toner Buys,    651 Via Alondra,    Camarillo, CA 93012-8096
13755041       +Two Tone LLC,    PO Box 5212,    De Pere, WI 54115-5212
14611292       +UNITD PARCEL SERVICE (UPS Freight),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
                 Timonium, Maryland 21094-4396
14611293       +UNITED PARCEL SERVICE (UPS Freight),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
                 Timonium, Maryland 21094-4396
13755044        UPS Freight Services #35821170,    28013 Network Place,    Chicago, IL 60673-1280
13755045        UPS International Package Service,    28013 Network Place,    Chicago, IL 60673-1280
13755046        UPS Supply Chain Solutions,Inc,    28013 Network Place,    Chicago, IL 60673-1280
13755047        USF Holland Inc.,    P.O. Box 9021,    Holland, MI 49422-9021
17440396       +Waste Management,    2625 W. Grandview Rd. Ste. 150,    Phoenix, AZ 85023-3109
13755048        Waste Management IL - Metro,    P.O. Box 4648,    Carol Stream, IL 60197-4648
13755049        Xiclado,    Keizersveld 4, 583 AN Venray,    The Netherlands,
```

```
District/off: 0752-1           User: dwilliams              Page 3 of 4                  Date Rcvd: Mar 30, 2015
                               Form ID: pdf006              Total Noticed: 138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13754933       +E-mail/Text: credit@atlaslift.com Mar 31 2015 01:14:32      Atlas Companies,
                 5050 North River Road,    Schiller Park, IL 60176-1092
13754949        E-mail/Text: legalcollections@comed.com Mar 31 2015 01:17:13       ComEd,   Bill Payment Center,
                 Chicago, IL 60668-0001
13754968       +E-mail/Text: capitalbankruptcynotice@ge.com Mar 31 2015 01:16:45
                 General Electric Capital Corp,   1010 Thomas Ediscon Blvd SW,    Cedar Rapids IA 52404-8247
15495646       +E-mail/Text: des.claimantbankruptcy@illinois.gov Mar 31 2015 01:17:20
                 Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14087578       +E-mail/Text: bweilemann@packagingcorp.com Mar 31 2015 01:17:27       Packaging Credit Company LLC,
                 Attn: Karen McGill,    900 E Diehl Road Suite 131,    Naperville IL 60563-2392
13755010       +E-mail/Text: recovery@paypal.com Mar 31 2015 01:14:27      PayPal,    2211 North First Street,
                 www.paypal.com,    San Jose, CA 95131-2021
13755013        E-mail/Text: bankruptcy@pb.com Mar 31 2015 01:17:23      Pitney Bowes Inc,    PO Box 856390,
                 Louisville, KY 40285-6390
13755018        E-mail/Text: bankruptcy@pb.com Mar 31 2015 01:17:24      Purchase Power,    P.O. Box 856042,
                 Louisville, KY 40285-6042
13755032        E-mail/Text: appebnmailbox@sprint.com Mar 31 2015 01:15:57       Sprint,   PO Box 660092,
                 Dallas, TX 75266-0092
13755042       +E-mail/Text: ulinecollections@uline.com Mar 31 2015 01:16:41       Uline Shipping Supplies,
                 2200 S. LAKESIDE DRIVE,    WAUKEGAN, IL 60085-8361
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13754981      Katarzyna Ryba
13755021      Retech Technology Int'l Ltd,   Pinghu Street, Longgang Zone,,    Shenzhen City, CH 518048
13755012*     PDC Properties, Inc,   22784 Network Place,   Chicago, IL 60673-1227
aty         ##+Law Offices of IIene F. Goldstein Chartered,    850 Central Avenue,   Suite 200,
               Highland Park, IL 60035-3278
13754924    ##+Addison Search LLC,   222 South Riverside Plaza,   Chicago, IL 60606-6015
13754937    ##+BBI Technologies,   58 Research Drive,   Milford, CT 06460-8523
13754934    ##+Baiksan OPC Inc,   12701 Van Nuys Blvd, Suite Q,   Pacoima, CA 91331-7296
13754954    ##+Dan Para Investments,   1430 Branding Ave, Suite 155,    Downers Grove, IL 60515-1161
13754961    ##+Edward Burton,   820 Livingston Ln.,   Barrington, IL 60010-6433
13754976    ##+Innovative Security Technology,    157 w. Irving Park Rd.,   Roselle, IL 60172-1119
13754980    ##+K & L Freight Management Inc,   2715 Norton Creek Drive,    West Chicago, IL 60185-6411
13755036    ##+Terry Burton,   820 Livingston Ln.,   Barrington, IL 60010-6433
13755037     ##The Hartford Company,   PO Box 2907,   Hartford, CT 06104-2907
13755043    ##+United Parcel Service,   1620 Valwood Parkway Suite 115,    Carrollton, ,   75006-8321
                                                                               TOTALS: 2, * 1, ## 11
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2015 at the address(es) listed below:
```
              Arnold H. Landis   on behalf of Creditor   Clover technologies Group arnoldlandis1@ameritech.net,
               jglandislaw@yahoo.com;cle@ameritech.net;skarova@ameritech.net;bryanthompson@ameritech.net;skarova
               @landislaw.net;bthompson@landislaw.net;cle@landislaw.net
              B Lane Hasler   on behalf of Debtor   TTI INTERNATIONAL, INC. lanehasler@blhpc.com
              B Lane Hasler   on behalf of Trustee Ilene F Goldstein, ESQ lanehasler@blhpc.com
```

```
District/off: 0752-1          User: dwilliams           Page 4 of 4                  Date Rcvd: Mar 30, 2015
                              Form ID: pdf006           Total Noticed: 138
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          B Lane Hasler    on behalf of Plaintiff Ilene F. Goldstein lanehasler@blhpc.com
          B Lane Hasler    on behalf of Attorney B. Lane  Hasler lanehasler@blhpc.com
          Francis J. Pendergast, III    on behalf of Defendant    NATIONAL CITY BANK
           fpendergast@crowleylamb.com,  ibenavides@crowleylamb.com;docket@crowleylamb.com
          Francis J. Pendergast, III    on behalf of Creditor    PNC Bank fpendergast@crowleylamb.com,
           ibenavides@crowleylamb.com;docket@crowleylamb.com
          Ilene F Goldstein   on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,  il35@ecfcbis.com
          Ilene F Goldstein, ESQ    on behalf of Accountant Karen L Morgen ifgcourt@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com
          James M. Crowley    on behalf of Defendant    NATIONAL CITY BANK jcrowley@crowleylamb.com,
           docket@crowleylamb.com;mmusto@crowleylamb.com
          James M. Crowley    on behalf of Creditor    PNC Bank jcrowley@crowleylamb.com,
           docket@crowleylamb.com;mmusto@crowleylamb.com
          James R Pittacora    on behalf of Debtor    TTI INTERNATIONAL, INC. jrp@pittacoralawgroup.com,
           esb@pittacoralawgroup.com
          John  Chen    on behalf of Creditor    The Prudential Insurance Company of America
           jchen@chennelsonroberts.com
          Joseph P Lombardo    on behalf of Interested Party    Harris N.A. lombardo@chapman.com,
           lombardo@chapman.com
          Kevin C. Driscoll    on behalf of Defendant    Chase Card Services kevin.driscoll@btlaw.com,
           jriazi@btlaw.com;ddotts@btlaw.com
          Lee F Dewald    on behalf of Defendant    International Toner Corp. ldewald@riebandtanddewald.com
          Louis J Phillips    on behalf of Creditor    North Shore Community Bank & Trust Company
           lphillips@pfs-law.com,  msiedlecki@pfs-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy E. Weilandt    on behalf of Creditor    Associated Bank, N.A. tweilandt@mcdnslaw.com
                                                                                              TOTAL: 21
```