UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>TTI International, Inc.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 09-12280<br><br>Chapter: 7<br><br>Honorable A. Benjamin Goldgar<br><br>Lake County |

**ORDER ALLOWING FINAL STATUTORY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE ILENE F. GOLDSTEIN**

This matter coming to be heard upon the Final Application for Allowance of Statutory Compensation and Reimbursement of Expenses of the Trustee Ilene F. Goldstein, the Trustee having filed an application seeking $16,864.89, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

Trustee, Ilene F. Goldstein, is hereby awarded and the Trustee is directed to pay final statutory compensation in the amount of $16,864.89.

APR 1 7 2015

Enter:

United States Bankruptcy Judge

Dated:

**Prepared by:**
Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595

Rev: 20130103_bko