UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TTI INTERNATIONAL, INC. | ) | Chapter 7 |
| | ) | No. 09 B    12280 |
| Debtor | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| | ) | |
| ---------------------------------------------------------------- | ) | |

### ORDER GRANTING FINAL FEE APPLICATION
### B. LANE HASLER - SPECIAL COUNSEL TO TRUSTEE -
### FOR PERIOD SEPTEMBER 16, 2011 THROUGH JANUARY 21, 2014

Upon the Final Fee Application B. Lane Hasler - Special Counsel to Trustee - For Period September 16, 2011 Through January 20, 2014 (the "Application") filed by B. Lane Hasler, attorney for Ilene F. Goldstein as chapter 7 trustee (the "Trustee"), seeking an order awarding it allowance of fees for services rendered and reimbursement of actual and necessary expenses for the period from September 16, 2011 through January 21, 2014 (the "Final Period") on a final basis in the aggregate amount of $58,963.81 for fees and $1,177.71 for expenses all in accordance with 11 U.S.C §§ 330 and 331, and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and final approval of all fees and expenses previously awarded; and the Court having reviewed the Application, determined that it has jurisdiction over the Application, and having determined that appropriate notice of the Application was given; and sufficient cause appearing therefor, it is hereby:

ORDERED ADJUDGED AND DECREED THAT

1. The Application shall be, and hereby is, GRANTED.

2. The fees requested in the Application are approved in the amount of $58,963.81 for the Final Period and $33,000 for all prior periods.

3.  The expenses requested in the Application are approved in the amount of $1,177.71 for the Final Period and $670.08 for all prior periods.

4.  The Trustee is authorized to pay the amounts approved pursuant to this Order.

Dated:  May __, 2015
Round Lake Beach, Illinois

ENTER

APR 1 7 2015

_____
UNITED STATES BANKRUPTCY JUDGE

-2-